UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:21-CR-00212-01/02 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| JEREMIAH MICAH DEARE (01)<br>SARAH ELAINE FOGLE (02) | MAGISTRATE JUDGE KAY |

**EXHIBIT LIST**
**Jury Trial 11/27/23**

**PARTY:** UNITED STATES OF AMERICA

| EXHIBIT NUMBER | DESCRIPTION & REMARKS | DATE ADMITTED |
|---|---|---|
| 1 | Certified Records from 15th JDC | 11/27/2023 |
| 2 | Photograph of Harry Bryant's Firearm | 11/29/2023 |
| 3 | Photograph of Courtroom Display of Firearms seized from 413 Easy Rock | 11/29/2023 |
| 4 | Consent Judgment – David Richard/Jeremiah Deare | 11/27/2023 |
| 5 | Photograph of Austin Lynch's firearm | 11/30/2023 |
| 7 | 2019 Acknowledgement of Federal Firearms Regulations | 11/27/2023 |
| 8 | Oliver deGravelle 4473 | 11/30/2023 |
| 12 | Report of Firearms Compliance Inspection for Dave's Gunshop 2019 | 11/27/2023 |
| 19 | 2014 Report for FFL to Dave's Gunshop with Deare as Responsible Person | 11/30/2023 |
| 20 | Block, Inc. Bank Records | 11/30/2023 |
| 21 | Block, Inc. Bank Records | 11/30/2023 |
| 22 | Block, Inc. Bank Records | 11/30/2023 |
| 23 | Block, Inc. Bank Records | 11/30/2023 |
| 24 | Block, Inc. Bank Records | 11/30/2023 |
| 25 | Block, Inc. Bank Records | 11/30/2023 |
| 26 | Block, Inc. Bank Records | 11/30/2023 |
| 27 | Block, Inc. Bank Records | 11/30/2023 |
| 28 | Block, Inc. Bank Records | 11/30/2023 |
| 29 | Block, Inc. Bank Records | 11/30/2023 |
| 30 | Block, Inc. Bank Records | 11/30/2023 |
| 35 | ATF brochure on Notice to FFLs and Other Participants at Gun Shows; and on Disaster Preparedness | 11/27/2023 |
| 40 | Home Bank Certification of Records | 11/30/2023 |
| 42 | Iberia Bank Certification of Records | 11/30/2023 |
| 43 | Iberia Bank Records | 11/30/2023 |
| 44 | Iberia Bank Records | 11/30/2023 |
| 45 | Iberia Bank Records | 11/30/2023 |
| 46 | Iberia Bank Records | 11/30/2023 |

| 47 | Iberia Bank Records | 11/30/2023 |
|---|---|---|
| 48 | Iberia Bank Records | 11/30/2023 |
| 49 | Iberia Bank Records | 11/30/2023 |
| 51 | Certified record of Kerry Murphy Promotions Gun Shows attended by Deare | 11/29/2023 |
| 52 | Paypal Certification of Records | 11/30/2023 |
| 53 | Paypal Records | 11/30/2023 |
| 54 | Paypal Records | 11/30/2023 |
| 55 | Paypal Records | 11/30/2023 |
| 56 | Paypal Records | 11/30/2023 |
| 57 | Paypal Records | 11/30/2023 |
| 58 | Paypal Records | 11/30/2023 |
| 59 | Paypal Records | 11/30/2023 |
| 60 | Paypal Records | 11/30/2023 |
| 61 | Paypal Records | 11/30/2023 |
| 62 | Paypal Records | 11/30/2023 |
| 63 | Paypal Records | 11/30/2023 |
| 64 | Paypal Records | 11/30/2023 |
| 65 | Paypal Records | 11/30/2023 |
| 66 | Paypal Records | 11/30/2023 |
| 67 | Paypal Records | 11/30/2023 |
| 68 | Paypal Records | 11/30/2023 |
| 69 | Paypal Records | 11/30/2023 |
| 70 | Paypal Records | 11/30/2023 |
| 71 | Paypal Records | 11/30/2023 |
| 72 | Paypal Records | 11/30/2023 |
| 73 | Paypal Records | 11/30/2023 |
| 74 | Paypal Records | 11/30/2023 |
| 75 | Paypal Records | 11/30/2023 |
| 76 | Paypal Records | 11/30/2023 |
| 77 | Paypal Records | 11/30/2023 |
| 78 | Paypal Records | 11/30/2023 |
| 79 | Paypal Records | 11/30/2023 |
| 80 | Paypal Records | 11/30/2023 |
| 81 | Paypal Records | 11/30/2023 |
| 82 | Paypal Records | 11/30/2023 |
| 83 | Paypal Records | 11/30/2023 |
| 84 | Paypal Records | 11/30/2023 |
| 85 | Paypal Records | 11/30/2023 |
| 86 | Paypal Records | 11/30/2023 |
| 87 | Paypal Records | 11/30/2023 |
| 88 | Paypal Records | 11/30/2023 |
| 89 | Paypal Records | 11/30/2023 |
| 90 | Paypal Records | 11/30/2023 |
| 91 | Paypal Records | 11/30/2023 |
| 92 | Paypal Records | 11/30/2023 |

| | | |
|---|---|---|
| 93 | Paypal Records | 11/30/2023 |
| 94 | Paypal Records | 11/30/2023 |
| 95 | Paypal Records | 11/30/2023 |
| 98 | Zelle Certification of Records | 11/30/2023 |
| 99 | Zelle Records | 11/30/2023 |
| 104 | Classic Arms Production Gun & Knife Shows, LLC Records | 11/28/2023 |
| 108 | Receipt – Randall James Graves | 11/29/2023 |
| 109 | Receipt – Alicia Nicole Washington | 11/29/2023 |
| 110 | Back of receipt from Alicia Nicole Washington | 11/29/2023 |
| 111 | Receipt – Alicia Nicole Washington | 11/29/2023 |
| 112 | Receipt – Rickey Brown, Jr. | 11/29/2023 |
| 113 | Great Southern Gun & Knife Show, LLC Records | 11/29/2023 |
| 124 | Receipt – Larry Gene Grace | 11/29/2023 |
| 125 | Receipt – Harry Bryant | 11/29/2023 |
| 126 | Receipt – Gabriel Thomas Ford | 11/29/2023 |
| 127 | Receipt – Sylvester Gregory Griffin | 11/29/2023 |
| 128 | Receipt – Johnathan Jermaine Shinnie | 11/29/2023 |
| 129 | Receipt – Alex Jay Jackson | 11/29/2023 |
| 130 | Receipt – Roderick Emmanuel Ivory | 11/29/2023 |
| 131 | Receipt – Arthur Arreola Lopez | 11/29/2023 |
| 132 | Receipt – Todd Hayden Perkins | 11/29/2023 |
| 134 | 4473 with multiple sales (3) to Bryan Williams | 11/28/2023 |
| 135 | Receipt – Joel Leslie Banks | 11/29/2023 |
| 136 | Receipt for Sale from Carolyn Weber to Sarah Fogle | 11/28/2023 |
| 137 | Big, Black and Scary Blog by Sarah Fogle | 11/30/2023 |
| 142 | 4473 with multiple sales (4) to Deno Kokinos | 11/29/2023 |
| 149 | Receipt from Bayou Teche Guns to Donald Larcade | 11/28/2023 |
| 159 | Receipt Travis Lawrence Quenterra | 11/29/2023 |
| 167 | Exterior photo of Dave's Gunshop with sign stating "Closed Due to Gun Show" | 11/292/2023 |
| 176 | Photograph of Firearm | 11/28/2023 |
| 192 | Various receipts, Gun Show Info, Notes, Etc Seized form SW at House (In Globo) | 11/29/2023 |
| 193 | Highlighted Bank Records and Other Paperwork Seized from SW at House | 11/29/2023 |
| 193, Pg. 172 | Highlighted Bank Records and Other Paperwork Seized from SW at House | 11/29/2023 |
| 193, Pg. 323 | Highlighted Bank Records and Other Paperwork Seized from SW at House | 11/28/2023 |
| 195 | Acquisition and Disposition Book for Jeremiah Deare and Sarah Fogle's Firearms Business Seized from SW at House | 11/29/2023 |
| 205 | Photograph of Firearms Seized from SW at House | 11/29/2023 |
| 207 | Photograph of Firearms Seized from SW at House | 11/29/2023 |
| 215 | Photograph of Firearms Seized from SW at House | 11/29/2023 |
| 216 | Photograph of Firearms Seized from SW at House | 11/29/2023 |
| 218 | Photograph of Ammunition Seized from SW at House | 11/29/2023 |
| 219 | Photograph of Firearms Seized from SW at House | 11/29/2023 |
| 221 | Photograph of Firearms Seized from SW at House | 11/29/2023 |
| 227 | Photograph of Firearms Seized from SW at House | 11/29/2023 |

| | | |
|---|---|---|
| 228 | Photograph of Firearms Seized from SW at House | 11/29/2023 |
| 230 | Photograph of Firearms Seized from SW at House | 11/29/2023 |
| 231 | Photograph of Firearm Seized from SW at House | 11/29/2023 |
| 232 | Photograph of Firearms Seized from SW at House | 11/29/2023 |
| 233 | Photograph of Firearms Seized from SW at House | 11/29/2023 |
| 236 | Photograph of Firearm Seized from SW at House | 11/29/2023 |
| 237 | Photograph of Firearm Seized from SW at House | 11/29/2023 |
| 238 | Photograph of Firearm Seized from SW at House | 11/29/2023 |
| 239 | Photograph of Firearm Seized from SW at House | 11/29/2023 |
| 272 | Photograph of Trailer with Firearms Seized from SW at House | 11/29/2023 |
| 273 | Photograph of Trailer with Firearms Seized from SW at House | 11/29/2023 |
| 274 | Photograph of Firearms Seized from SW at House | 11/29/2023 |
| 309 | Records Custodian Affidavit for Venmo Records | 11/30/2023 |
| 310 | Venmo Records | 11/30/2023 |
| 311 | Venmo Records | 11/30/2023 |
| 312 | Summary Chart – Bank Deposit Comparison | 11/30/2023 |
| 313 | Summary Chart – Dave's Gun Shop Revenue | 11/30/2023 |
| 314 | Summary Chart – Gun Show Dates vs. Deposit Transactions | 11/30/2023 |
| 316 | Small Book seized **(MANUAL ATTACHMENT)** | 11/29/2023 |
| 317 | Small Book seized **(MANUAL ATTACHMENT)** | 11/29/2023 |