**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Acknowledgement of Federal Firearms Regulations**

The purpose of this document is to provide DAVES GUNSHOP LLC a copy of the information reviewed and discussed between ATF IOI Donna Hurstell and representatives of DAVES GUNSHOP LLC on Tuesday, August 13, 2019 in order to inform them of their responsibilities as a Federal Firearms Licensee in accordance with ATF's authority to regulate firearms.

**Conduct of Business**

| 18 U.S.C., 27 CFR & Other References | Description |
|---|---|
| 18 USC 2(a)/922(g) and (n) | Prohibited Persons working for FFL (Actual & Constructive possession) |
| 18USC922(z) | Child Safety Lock Act |
| 478.100 | Gun Show Guidelines |
| 478.102 | NICS Requirements |
| 478.103 | Youth Handgun Safety Act- Sales of Handguns/Poster and Notices |
| 478.11 Firearm Frame | Firearm Frame or Receiver |
| 478.11 Short Barreled | Short Barreled Rifle & Shotgun |
| 478.131 | NICS Requirements |
| 478.134 | Sales to Law Enforcement Officers |
| 478.34 | Obliterated Serial Number |
| 478.94 | Sales or Deliveries between Licensees |
| 478.95 | Sales or Deliveries between Licensees |
| 478.96 | Out of State/Mail Order and Internet Sales |
| 478.99 | Prohibited Sales and Deliveries |
| 478.99(b)(1) | Ammunition - Age Requirements for Handgun Ammunition |
| 921(a) | Secure Gun Storage or Safety Device |
| 922(z) | Secure Gun Storage or Safety Device |
| 923(d)(1)(G) | Secure Gun Storage or Safety Device |
| atfonline.gov | FFL EZ Check |
| fbi.gov | NICS Requirements |

**Exportation**

| 18 U.S.C., 27 CFR & Other References | Description |
|---|---|
| 22U.S.C.2778 | Arms Export Control Act of 1976 |

**Firearms & Ammunition Manufacturers**

| 18 U.S.C., 27 CFR & Other References | Description |
|---|---|
| 478.11 Manufacturer | Manufacturer Definition |
| 478.123 | Records |
| 478.125(i) | Importation Acquisition & Disposition Record |
| 478.92 | Markings |
| 479.102 | Markings |
| 479.103 | NFA Firearms |
| 479.11 | Manufacturer Definition |
| 479.31-479.37 | Special Occupational Tax |
| ATF F 5300.11 | Annual Firearms Manufacturing & Exportation Report |
| ATF F 5630.7 | Special Occupational Tax |
| Ruling 10-8 | Records |
| Ruling 12-1 | Markings |
| Ruling 13-3 | Markings |
| Ruling 9-5 | Markings |

**GOVERNMENT EXHIBIT 7**

| 18 U.S.C., 27 CFR & Other References | Description |
|---|---|
| Page 191-217 | General Questions and Answers |

## Gunsmith Activities

| 18 U.S.C., 27 CFR & Other References | Description |
|---|---|
| 478.11 Gunsmith | Gunsmithing Definition |
| Q&A Section J | Return of Repaired Firearm |
| Ruling 77-1 | Gunsmith Recordkeeping |
| ttb.gov/firearms | Firearms & Ammunition Excise Tax- Contact Tax & Trade Bureau |

## Licenses

| 18 U.S.C., 27 CFR & Other References | Description |
|---|---|
| 478.11 Engaged in Business | Engaged in the Business |
| 478.127 | Discontinuance of Business |
| 478.45 | Renewal/Duration |
| 478.48 | Correction of Error |
| 478.49 | Renewal/Duration |
| 478.50 | Premises Covered |
| 478.52 | Reporting Changes of Address |
| 478.53 | Reporting Changes in Trade Name |
| 478.54 | Reporting Changes of Control |
| 478.57 | Discontinuance of Business |
| 478.91 | Posting of License |
| ATF F 5300.38 | Reporting Changes of Address |

## Miscellaneous Provisions

| 18 U.S.C., 27 CFR & Other References | Description |
|---|---|
| 478.11 Antique Firearm | Antique Firearm/Muzzleloader (Conversion Exceptions) |
| 478.11 Curios And Relics | Curios or Relics |
| 478.124(a) | Consignment of Firearms |
| 478.125a | Personal Firearms |
| 478.128 | "Straw" Purchase |
| 478.23 | Right of Entry and Examination |
| 478.25a | Tracing Request from ATF |
| 478.38 | Firearm Transportation |
| ATF P 3312.8 | Personal Firearms |
| ATF P 5300.11 | Curios or Relics |
| General Info #7 | Antique Firearm/Muzzleloader (Conversion Exceptions) |
| Q&A Section G22 | Consignment of Firearms |

## NFA Dealer

| 18 U.S.C., 27 CFR & Other References | Description |
|---|---|
| ATF P 5320.8 | General Information |
| NFA Form 1 | Forms used to transfer NFA items |
| NFA Form 2 | Forms used to transfer NFA items |
| NFA Form 3 | Forms used to transfer NFA items |

| | |
|---|---|
| NFA Form 4 | Forms used to transfer NFA items |
| NFA Form 5 | Forms used to transfer NFA items |
| Part 479 | NFA Firearms |
| Q&A Section N | General Information |
| Ruling 76-22 | Authorized Operations |

**Required Records & Reports**

| 18 U.S.C., 27 CFR & Other References | Description |
|---|---|
| 478.11 ID Document | Identification Document |
| 478.124 | Transaction Record |
| 478.125(e) | Acquisition and Disposition Record |
| 478.126a | Report of Multiple Handgun Sales |
| 478.129 | Retention of Records |
| 478.39a | Reporting Thefts of Losses |
| ATF F 3310.11 | Reporting Thefts or Losses |
| ATF F 3310.4 | Report of Multiple Handgun Sales |
| ATF F 4473 | Transaction Record |
| Ruling 2016-1 | Computerized Acquisition and Disposition Record |

**School Zone**

| 18 U.S.C., 27 CFR & Other References | Description |
|---|---|
| ATF P 5310.1 | School Zone |

**State Laws and Local Ordinances**

| 18 U.S.C., 27 CFR & Other References | Description |
|---|---|
| 478.24 | Compliance with State Law Publication |
| ATF P 5300.5 | Compliance with State Law Publication |

3

## Acknowledgement & Signature

My signature below certifies that on Tuesday, August 13, 2019 ATF IOI Donna Hurstell explained the above information to me and answered my questions regarding this information. I understand I will receive a copy of this for my records. I understand that this is only a general overview of the regulations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed business.

JEREMIAH MICAH DEARE			Tuesday, August 13, 2019				*[signature]*

**ATF Website:** www.atf.gov
**Federal Firearms Regulations Reference Guide:** https://www.atf.gov/file/11241/download
**Firearms Rulings:** https://www.atf.gov/rules-and-regulations/firearms-rulings
**Firearms Open Letters:** https://www.atf.gov/rules-and-regulations/firearms-open-letters
**Federal Firearms Licensing Center Phone:** 866-662-2750
**Firearms Tracing Center Phone:** 800-788-7133
**Firearms Imports Branch Phone:** 304-616-4550
**Firearms Imports Branch Email:** imports@atf.gov
**National Firearms Act (NFA) Branch Phone:** 304-616-4500
**National Firearms Act (NFA) Branch Email:** NFA@atf.gov
**Firearms and Ammunition Technology Branch Phone:** 304-260-1699
**Firearms Industry Programs Branch Phone:** 202-648-7190
**Firearms Industry Programs Branch Email:** fipb@atf.gov
**Distribution Center/Forms:** 240-828-5316
**Reporting Thefts Phone(s):** 800-930-9275, 800-800-3855