**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Firearms Compliance Inspection

**DAVES GUNSHOP LLC's FCI**
FCI-5880
09/26/2019 05:06 PM
IOI Donna Hurstell, Baton Rouge (IO) Satellite Office

## LICENSEE INFORMATION

| Licensee Name | RDS Key | License/Permit Number | License Type |
|---|---|---|---|
| DAVES GUNSHOP LLC | 5-72-04781 | 5-72-055-07-0K-04781 | 07 - Manufacturer of Firearms License |

**Business Type**
Limited Liability Company (LLC)

**Premises Address**                                      **Mailing Address**

Premises Ownership Type **Leased/Rented**                 Same as Premises Address

Premises Location Type **Store Front**

**Address**
924 KALISTE SALOOM RD STE B
Unit N/A
LAFAYETTE, Louisiana 70508
LAFAYETTE County  United States

| Phone Type | Phone Number | Remarks |
|---|---|---|
| Business | +1 337-232-6791 | |
| Fax | +1 337-232-6797 | |

| Email Address | Email Remarks |
|---|---|
| transferffl@yahoo.com | |

| Online Presence Type | Online Presence URL | Remarks |
|---|---|---|
| Website | davesgunshoplafayette.come | |

## RECOMMENDATIONS

**Final Decision**
Warning Conference

**Director of Industry Operations Matthew Wren's Recommendation**
Warning Conference

Details
DIO has reviewed report and concurs with Area Supervisor recommendation of WARNING CONFERENCE. Schedule and conduct warning conference. Conduct recall inspection per current policy.

**Area Supervisor Angele Guient's Recommendation**
Warning Conference

Details
Area Supervisor Guient reviewed the investigative findings and concur with the IOIs recommendation of warning conference.

The violation that warrants a warning conference is as follows:

- Failure to execute a Form 4473 (Exception: Use a warning letter for consignment sales, transfers to law enforcement officers for personal use, and FFL responsible persons).

In addition to the above violations Area Supervisor Guient also recommends a warning conference due to the extensive violations disclosed during the inspection. A warning conference is warranted to ensure compliance and public safety.

**Industry Operations Investigator Donna Hurstell's Recommendation**
Warning Conference

Details
Warning Conference is recommended.

GOVERNMENT EXHIBIT
**12**

## Inspection Findings

### Records and Forms

Failure to timely and/or correctly maintain records of receipt, manufacture, importation or other acquisition on 5 percent or more of the licensee's total acquisitions during the inspection period, with a minimum of 10 instances.

Failure to timely and/or correctly maintain records of sales or other dispositions on 5 percent or more of the licensee's total dispositions during the inspection period, with a minimum of 10 instances.

Failure to execute a Form 4473 (Exception: Use a warning letter for consignment sales, transfers to law enforcement officers for personal use, and FFL responsible persons).

### Transfer of Firearm

Transfer of a firearm prior to receiving a final NICS response (or applicable State POC background check) and 3 business days have not elapsed since the FFL contacted the system and the purchaser is not prohibited.

### Firearms

Missing firearms after inventory reconciliation (e.g., no records of disposition, required or otherwise).

### NICS

Failure to conduct a NICS check or obtain alternative permit OR fail to retrieve a NICS (or equivalent State POC background check system) response prior to the transfer of a firearm to a person, including a responsible person of a FFL who is NOT prohibited.

## ELIGIBILITY VERIFICATION

### Business Information Verification

| Licensee Name | Business Type | Is the business valid? |
|---|---|---|
| DAVES GUNSHOP LLC | Limited Liability Company (LLC) | Yes |

Additional Findings
The Louisiana Secretary of State business filings database was queried and indicated Daves Gunshop LLC is in good standing and the business structure is accurate.

Attachment(s):
Daves GunShop LLC - SOS business status.pdf

### Property Ownership Verification

| Premises Ownership Type | Premises Location Type | Has the property ownership been verified? |
|---|---|---|
| Leased/Rented | Store Front | Yes |

Address
924 KALISTE SALOOM RD STE B
Unit N/A
LAFAYETTE, Louisiana 70508
LAFAYETTE County  United States

Additional Findings
The TLO database was queried and indicated the owner of the business premises is Glenn Menard.

Attachment(s):
Daves GunShop LLC - TLO property ownership.pdf

### Rental/Lease Verification

Is the proposed business activity permitted by the property owner?
Yes

Additional Findings
A copy of the current lease agreement was provided by the FFL.

Attachment(s):
Daves GunShop LLC - Lease agreement.pdf

*Zoning Information Verification*

Is the proposed business activity in compliance with zoning?
Yes

Additional Findings
Daves GunShop LLC is in compliance with Lafayette parish zoning requirements. Eric Nielsen from the Lafayette parish zoning office met IOI Hurstell onsite to observe what type of manufacturing the FFL was conducting because zoning only allows lite manufacturing activities at this location. Eric Nielsen approved the manufacturing activity.

**Contact Information**

Name
Eric Nielsen

Date Contacted
07/08/2019

Organization
Lafayette Parish Zoning and Planning

Job Title
Planner

| Phone Type | Phone Number | Remarks |
|---|---|---|
| Business | +1 337-291-8002 | Business hours |

Attachment(s):

## APPOINTMENT DETAILS

Interview Date
07/15/2019

Address
924 KALISTE SALOOM RD STE B Unit N/A , LAFAYETTE, Louisiana 70508

**Responsible Attendee(s)**

JEREMIAH MICAH DEARE

**Non-Responsible Attendee(s)**

No items

## RESPONSIBLE PERSON(S)
### DAVID GEORGE RICHARD
(Deactivated)

Name
DAVID GEORGE RICHARD

Gender

Race

Ethnicity

Date of Birth
[redacted]1954

SSN
[redacted]2281

Job Title
OWNER

**Physical Identifiers**

Height

Weight

Hair Color

Eye Color

**Place of Birth**

Country
United States Of America

State
Louisiana

City

**Home Address**

[redacted]
Unit N/A
BROUSSARD, Louisiana 70518
County  United States

**Additional Names**

Citizenship

3

United States

| Phone Type | Phone Number | Remarks |
|---|---|---|
| Mobile | ▮ | |

**Criminal History Check**

Date Criminal History Check Conducted
07/03/2019

Criminal History Check Comments
The OpenFox/NCIC query resulted in a negative response.

---

## LINDA SUE RICHARD
(Deactivated)

| Name | Gender | Race | Ethnicity |
|---|---|---|---|
| LINDA SUE RICHARD | | | |

| Date of Birth | SSN | Job Title |
|---|---|---|
| ▮ 960 | ▮ 0914 | OWNER |

**Physical Identifiers**

| Height | Weight | Hair Color | Eye Color |
|---|---|---|---|
| | | | |

**Place of Birth**

| Country | State | City |
|---|---|---|
| United States Of America | Louisiana | |

**Home Address**

▮
Unit N/A
BROUSSARD, Louisiana 70518
County  United States

**Additional Names**

**Citizenship**

United States

| Phone Type | Phone Number | Remarks |
|---|---|---|
| Mobile | ▮ | |

**Criminal History Check**

Date Criminal History Check Conducted
07/03/2019

Criminal History Check Comments
The OpenFox/NCIC query resulted in a negative response.

---

## JEREMIAH MICAH DEARE

| Name | Gender | Race | Ethnicity |
|---|---|---|---|
| JEREMIAH MICAH DEARE | Male | White | Not Hispanic or Not Latino |

| Date of Birth | SSN | Job Title |
|---|---|---|
| | | |

4

09/29/1983    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    Member

**Physical Identifiers**

| Height | Weight | Hair Color | Eye Color |
|---|---|---|---|
| 5' 9" | 213 lbs. | Blond or Strawberry | Blue |

**Place of Birth**

| Country | State | City |
|---|---|---|
| United States Of America | Louisiana | Alexandria |

**Home Address**

413 Easy Rock Landing Drive
Unit N/A
Broussard, Louisiana 70518
Lafayette County  United States

**Additional Names**

**Citizenship**

United States

| ID Type | Country | State | ID Number |
|---|---|---|---|
| Driver's License | United States | Louisiana | 007847138 |

| Phone Type | Phone Number | Remarks |
|---|---|---|
| Mobile | +1 337-254-6813 | |

| Email Address | Email Remarks |
|---|---|
| transferffl@yahoo.com | |

**Criminal History Check**

Date Criminal History Check Conducted
07/03/2019

Criminal History Check Comments
The OpenFox/NCIC query resulted in previous criminal history but no prohibiting factors discovered.

| Number Type | Agency Label | State |
|---|---|---|
| FBI/UCN | 571296NF4 | |
| SID | 0002936992 | LA |

**NON-RESPONSIBLE PERSON(S)**
*Sarah Fogle*

| Name | Date of Birth | Job Title |
|---|---|---|
| Sarah Fogle | | |

**INTERVIEW QUESTIONNAIRE**

What is the proposed business activity?
Daves GunShop LLC sells new and used firearms along with NFA firearms to the general public. Daves GunShop LLC also conducts manufacturing, gunsmithing activities, consignment sales and third party transfers for customers. Approximately 80% of firearms are used and 20% are new firearms. Approximately 70% of firearms are hand guns and 30% are long guns. Daves GunShop LLC conducts approximately 10% of sales at gun shows and does conduct sales via their website www.davesgunshoplafayette.com and www.gunbroker.com. Daves GunShop LLC has held this license for approximately 5 years. All firearms are stored at the business premises.

Do they need an additional license or permit?

No

**Who are their primary suppliers?**
Daves GunShop LLC primary suppliers are RSR, Lipsey's, Sports South, MGE Wholesale and Ellett Brothers.

## Other State or Local Permits

| Type | Number | Expiration |
|---|---|---|
| State Sales Tax | 1422525-001-400 | |
| Other | 10509 | |

## Business Activities

National Firearms Act
Internet Sales/Transfers
Retail
Gunsmith
Gun Show Participant

### Selected Operational Security Measures
Controlled Access to ATF Recordkeeping
Controlled Access to Keys
Formal Employee Training
Suspicious persons/activities reporting protocols

### Internet Sales/Transfers Website
www.davesgunshoplafayette.com

## SUPPLEMENTAL QUESTIONNAIRE
### General Business Operations

**If there is a security system, who has access to the security codes?**
Daves GunShop LLC has an alarm system with Acadiana Security Plus. Jeremiah Deare, RP and Justin Richard, Supervisor have access to the codes.

**Who has keys to the premises?**
Jeremiah Deare, Justin Richard and Brody Navarre, salesperson have keys to the premises.

**Who has keys to locked inventory?**
Jeremiah Deare, Justin Richard and Brody Navarre have keys to the locked inventory.

**Who is operating the business on a day-to-day basis?**
Jeremiah Deare and Justin Richard operate the day to day business.

**Is financial backing provided by anyone that is not a responsible person on the license/permit?**
Jeremiah Deare stated negative regarding anyone else providing financial backing.

**Are any employees known to be prohibited?**
Jeremiah Deare stated negative for any employees being prohibited.

**Are any employees associated with a previously denied/revoked/surrendered license/permit?**
Jeremiah Deare stated negative to an employee being associated with a previously denied/revoked/surrendered license/permit.

## PREMISES INFORMATION
### Inspection Area Description
Daves GunShop LLC is located in a commercial zoned area of Lafayette, LA. The inspection was conducted in the store sales area and back office/storage area.

**Primary Activity**
Retail

**GPS Coordinates**

Latitude
30.18006N

Longitude
92.02476W

### Selected Physical Security Measures
Alarm Monitoring (with Cellular Back-Up)
Bars on Windows
Concrete Balusters or Other Barrier in front of location
Deadbolts
Floodlights
Local Audible Alarm
Lockable Display Rack(s)/Case(s)
Motion Sensors
Pull Down Gates
Reinforced Heavy Duty Doors/Frames
Safe(s)/Vault(s)
Security Cameras
Window Film/Tinting/Mirroring

## INTERVIEW NOTES
IOI Hurstell observed the youth poster and the FFL was in compliance with the pamphlets.

## ONSITE SUMMARY
Total # of ATF F 4473 Reviewed

Total # of Open Dispositions in A & D Record
829

Total # of Firearms in Inventory
824

Total # of Firearms Missing after Reconciliation
3

Total # of Acquisitions in the Last 12 Months
2560

Total # of Dispositions in the Last 12 Months
2715

AFMER Verified
Yes

NFA Documents Verified
Yes

Additional Comments
The licensee maintains computerized A&D records via the ARSV6 system and is in the proper format. The gunsmith A&D records were being maintained by a handwritten record and not via the computerized A&D record. All gunsmith inventory was acquired in the computerized A&D record during the inspection.

A total of 25 firearms were traced from acquisition through disposition; no discrepancies were found.

The FFL audit log indicated a total of 336 NICS transactions were conducted during the inspection period; 335 NICS transactions were verified. There was one (1) discrepancy discovered.

The VCAB report indicated a total of 18 successful firearm traces including a duplicate completed to an individual purchaser. There were a total of 64 multiple sales involving 135 firearms reported during the inspection period. There was a discovery of two (2) multiple sales involving four (4) firearms not completed. The multiple sale forms were completed and forwarded to ATF. There were no theft/loss reported during the inspection period and one (1) theft/loss involving three (3) firearms reported as a result of the inspection.

The licensee holds a current 2020 Class 2 SOT stamp. There was a total of 102 NFA firearms in inventory. The NFRTR inventory printout indicated 100 NFA firearms registered to the licensee; NFRTR discrepancies are as follows:
-one (1) NFA firearm was on an approved ATF Form 4 and had not been transferred in the NFA database to the current owner
-one (1) was on an approved ATF Form 3 and was listed on the FFL's inventory but was in transit to the FFL
Physical inventory discrepancies are as follows:
-two (2) were on approved ATF Form 4 and were transferred in the NFA database to the current owners inventories but had not been picked up from the FFL
-two (2) firearms were incorrectly assigned to other owners in the NFA database
An email was forwarded to the NFA discrepancies mailbox to resolve the issues.

The licensee had a total of 571 used firearms in inventory; 286 firearms were queried through the OpenFox database. The queries resulted in one (1) used firearm reported as stolen by the Lake Arthur Police Department. IOI Hurstell informed Chief, Kobi Turner as to the location of the firearm. IOI Hurstell also contacted the FFL and informed him to put the firearm aside for the Police Department.

A total of 66 individuals were queried through the OpenFox NCIC database. The queries consisted of 62 purchasers not receiving a resolution from the original NICS background check, one (1) RP, one (1) supervisor and two (2) salespersons. The queries resulted in the following:
- RP Jeremiah Deare - previous criminal history but no prohibiting factors discovered
- Supervisor Justin Richard - negative response
- Sales persons Brody Navarre and Laurence Lazaro - negative responses
- 62 purchasers - previous criminal histories with no prohibiting factors discovered and previous criminal histories with possible prohibiting factors. The clerk of court was contacted on each individual with the possible prohibiting factors and according to the responses received from the clerk of court records no prohibiting factors were discovered on these individuals.

The licensee is a manufacturer and did not manufacture any firearms during the inspection period.

The licensee was not in compliance with the AFMER reporting requirements according to the AFMER database. The 2016 and 2017 AFMER reports were not on file. The reports were forwarded during the inspection.

The FFL properly conducted transfers to other FFLs and there were no transfers conducted to Law Enforcement during the inspection period.

One (1) SAR was generated as a result of the inspection.

Amended ROV due to the resolution of the denied transaction to LaKeisha George. A SAR was generated regarding the transfer of a firearm - ATI/OMNI Hybrid Maxx/223/Pistol/SN: NS178868 to a denied individual, LaKeisha George. It was discovered during Special Agent (SA) Bradley Boos investigation that the above firearm was actually transferred to a LaPatrick George, no relation to LaKeisha George. The above firearm had accidentally been documented on LaKeisha George's ATF Form 4473 by the FFL's employee when LaPatrick George came into the store to pick up the firearm which had been ordered for him. The employee also had LaPatrick George sign and date blocks 22 and 23 on LaKeisha George's form. The FFL could not produce an ATF Form 4473 with a NICS background check for LaPatrick George in regards to this firearm transfer. The ROV was amended to reflect these violations. A query through the OpenFox database was conducted on LaPatrick George while he had previous criminal history no prohibiting factors were discovered.

SA Boos met with LaPatrick George on 08/20/2019 and took pictures of the above firearm that is in his possession. SA Boos ROI and pictures are attached in Spartan.

IOI John Cieutat and Special Agent (SA) Bradley Boos assisted IOI Hurstell with this inspection; SA Boos assistance was part of his OJT program.

Number of Transferee Background Checks
3

Attachment(s)
Report of Violations.pdf

Report of Violations.pdf

**REPORT OF VIOLATIONS**

| | Regulation | Corrective Actions | Instance Details |
|---|---|---|---|
| 1 | 27 CFR 478.102(a)(2)(ii): Failure to wait 3 business days (with no NICS/POC response) to transfer a firearm<br><br>Number of Instances: 2 | Retrieve and accurately record (on an ATF Form 4473) a required final NICS/POC background check response prior to all future over-the-counter firearm transactions.<br>Ensure that the minimum time period of three business days (meaning days on which State offices are open). | NICS Violation, 11252, Mhire, David, 1/24/2019<br>NICS Violation, 10012, Chittenden, Jeremy, 9/20/2018 |
| 2 | 27 CFR 478.99(c): Unlawful sale or delivery of a firearm to a prohibited person<br><br>Number of Instances: 0 | Ensure that all required ATF Form 4473 Section A items are completed/provided by the transferee/buyer on all future transactions.<br>Cease and desist all firearm transfers to a known prohibited person and/or any person having reasonable cause to believe is prohibited. | |
| 3 | 27 CFR 478.129(b): Failure to retain ATF F 4473<br><br>Number of Instances: 1 | Identify and separately retain all denied (completed and future) ATF Forms 4473, for a period not less than 5 years.<br>Organize and maintain ATF Forms 4473 in alphabetical, chronological, or numerical order where NICS was contacted, but no firearm transfer took place, for a period not less than 5 years.<br>Retain ATF Forms 4473 for a period of not less than 20 years after the date of sale or disposition. | Missing ATF F 4473 |
| 4 | 27 CFR 478.126a: Failure to report multiple sales or other dispositions of pistols and revolvers<br><br>Number of Instances: 2 | Complete and submit ATF Form 3310.4 (Report of Multiple Sale or Other Disposition of Pistols and Revolvers) for all non-reported multiple sales identified as a result of this inspection.<br>Complete and submit ATF Form 3310.4 (Report of Multiple Sale or Other Disposition of Pistols and Revolvers) by close of the same business day, for all applicable future multiple sales. | Multiple Sale Violation, 11162 10093, Solar, Curtis, 1/15/2019<br>Multiple Sale Violation, 10859 10860, Hebert, Andrew, 10/19/2018 |
| 5 | 27 CFR 478.102(a): Failure to complete a NICS/POC background check<br><br>Number of Instances: 1 | Execute a required NICS/POC background check for all future over-the-counter firearm transactions.<br>Retrieve and accurately record (on an ATF Form 4473) a required final NICS/POC background check response prior to all future over-the-counter firearm transactions. | NICS Violation, Mosing, Brandon |
| 6 | 27 CFR 478.123(d): Failure to maintain an accurate/complete/timely nonlicensee disposition record<br><br>Number of Instances: 67 | Accurately, completely & timely record all required future firearm disposition information.<br>Complete and submit ATF Form 3310.11 - Firearms Inventory Theft/Loss Report.<br>Amend/Update A&D Record to accurately record all required firearm disposition information. | Disposition Not Recorded (Reconciled), HEIZER DEFENSE, LLC, PAR1, PCC03535, DERRINGER, 223<br>Disposition Not Recorded (Reconciled), SPRINGFIELD ARMORY, GENESEO, IL, XD40, HD104201, PISTOL, 40<br>Disposition Not Recorded (Reconciled), SMITH & WESSON, M&P 15-22, HCB0650, RIFLE, 22<br>Disposition Not Recorded, Firearm Missing from Inventory, GLOCK INC., 23GEN4, RYU133, PISTOL, 40<br>Disposition Not Recorded, Firearm Missing from Inventory, RUGER, SUPER BLACKHAWK, 8771548, REVOLVER, 44<br>Disposition Not Recorded, Firearm Missing from Inventory, RUGER, LC9, 453-09057, PISTOL, 9<br>Disposition Recorded, but not Timely/Correct, Watter Works, AK-74, WW01346, RIFLE, 5.45<br>Disposition Recorded, but not Timely/Correct, Watter Works, AK-74, WW01346, RIFLE, 5.45<br>Disposition Recorded, but not Timely/Correct, AAC, TRI-RANT M, TR45M03406, SILENCER, 45<br>Disposition Recorded, but not Timely/Correct, SMITH & WESSON, M&P 15, TK01581, RIFLE, 223<br>Disposition Recorded, but not Timely/Correct, SMITH & WESSON, M&P 15, TK01581, RIFLE, 223<br>Disposition Recorded, but not Timely/Correct, SILENCERCO, LLC, OMEGA, OMG-28890, SILENCER, 300<br>Disposition Recorded, but not Timely/Correct, SILENCERCO, LLC, OCTANE, |

| | |
|---|---|
| | OCT45-13702, SILENCER, 45 |
| | Disposition Recorded, but not Timely/Correct, Westernfield, M550A, None, SHOTGUN, 12 |
| | Disposition Recorded, but not Timely/Correct, Westernfield, M550A, None, SHOTGUN, 12 |
| | Disposition Recorded, but not Timely/Correct, MAVERICK ARMS (EAGLE PASS, TX), 88, MY5B25916, SHOTGUN, 12 |
| | Disposition Recorded, but not Timely/Correct, MAVERICK ARMS (EAGLE PASS, TX), 88, MY5B25916, SHOTGUN, 12 |
| | Disposition Recorded, but not Timely/Correct, MAVERICK ARMS (EAGLE PASS, TX), 88, MV97736N, SHOTGUN, 12 |
| | Disposition Recorded, but not Timely/Correct, MAVERICK ARMS (EAGLE PASS, TX), 88, MV97736N, SHOTGUN, 12 |
| | Disposition Recorded, but not Timely/Correct, MARLIN FIREARMS CO., 336W, MR51931E, RIFLE, 30-30 |
| | Disposition Recorded, but not Timely/Correct, MARLIN FIREARMS CO., 336W, MR51931E, RIFLE, 30-30 |
| | Disposition Recorded, but not Timely/Correct, SPG, XD, MG279623, PISTOL, 40 |
| | Disposition Recorded, but not Timely/Correct, SPG, XD, MG279623, PISTOL, 40 |
| | Disposition Recorded, but not Timely/Correct, BENELLI, S. PA., M4 SUPER 90, M216869, SHOTGUN, 12 |
| | Disposition Recorded, but not Timely/Correct, BENELLI, S. PA., M4 SUPER 90, M216869, SHOTGUN, 12 |
| | Disposition Recorded, but not Timely/Correct, REMINGTON ARMS COMPANY, INC., 1100, L272745A, SHOTGUN, 20 |
| | Disposition Recorded, but not Timely/Correct, REMINGTON ARMS COMPANY, INC., 1100, L272745A, SHOTGUN, 20 |
| | Disposition Recorded, but not Timely/Correct, WEATHERBY, MARK V, H110786, RIFLE, 300 |
| | Disposition Recorded, but not Timely/Correct, WEATHERBY, MARK V, H110786, RIFLE, 300 |
| | Disposition Recorded, but not Timely/Correct, RUGER, M77, FZ71-25693, RIFLE, 30-06 |
| | Disposition Recorded, but not Timely/Correct, RUGER, M77, FZ71-25693, RIFLE, 30-06 |
| | Disposition Recorded, but not Timely/Correct, TIKKA - (OY TIKKAKOSKI AB), T3, D19925, RIFLE, 30-06 |
| | Disposition Recorded, but not Timely/Correct, TIKKA - (OY TIKKAKOSKI AB), T3, D19925, RIFLE, 30-06 |
| 6 | Disposition Recorded, but not Timely/Correct, Acadian Armament, Defender, C1H045, SILENCER, 556 |
| | Disposition Recorded, but not Timely/Correct, GLOCK INC., 19, BFWX570, PISTOL, 9 |
| | Disposition Recorded, but not Timely/Correct, GLOCK INC., 19, BFWX570, PISTOL, 9 |
| | Disposition Recorded, but not Timely/Correct, BLACKHEART INTERNATIONAL, LLC (BHI), B10.762, BF-F0067, RIFLE, 762 |
| | Disposition Recorded, but not Timely/Correct, Acadian Armament, Lynx, B2F060, SILENCER, 556 |
| | Disposition Recorded, but not Timely/Correct, Acadian Armament, Lynx, B2F059, SILENCER, 556 |
| | Disposition Recorded, but not Timely/Correct, Acadian Armament, Lynx, B2F057, SILENCER, 556 |
| | Disposition Recorded, but not Timely/Correct, Acadian Armament, Lynx, B2F051, SILENCER, 556 |
| | Disposition Recorded, but not Timely/Correct, BERETTA USA CORP, AL3901, AA418794, SHOTGUN, 12 |
| | Disposition Recorded, but not Timely/Correct, BERETTA USA CORP, AL3901, AA418794, SHOTGUN, 12 |
| | Disposition Recorded, but not Timely/Correct, BROWNING, A5, 90188, SHOTGUN, 12 |
| | Disposition Recorded, but not Timely/Correct, BROWNING, A5, 90188, SHOTGUN, 12 |
| | Disposition Recorded, but not Timely/Correct, HIGH STANDARD, DM101, 793120, DERRINGER, 22 |
| | Disposition Recorded, but not Timely/Correct, HIGH STANDARD, DM101, 793120, DERRINGER, 22 |
| | Disposition Recorded, but not Timely/Correct, RUGER, SR-556, 591-28323, RIFLE, 556 |
| | Disposition Recorded, but not Timely/Correct, COLT, DSII, 4474SV, REVOLVER, 38 |
| | Disposition Recorded, but not Timely/Correct, COLT, DSII, 4474SV, REVOLVER, 38 |
| | Disposition Recorded, but not Timely/Correct, RUGER, 22/45 LITE, 390-6844, PISTOL, 22 |
| | Disposition Recorded, but not Timely/Correct, RUGER, 22/45 LITE, 390-6844, |

9

| | | | |
|---|---|---|---|
| | | | PISTOL, 22 |
| | | | Disposition Recorded, but not Timely/Correct, RUGER, P95, 336-44625, PISTOL, 9 |
| | | | Disposition Recorded, but not Timely/Correct, RUGER, P95, 336-44625, PISTOL, 9 |
| | | | Disposition Recorded, but not Timely/Correct, SAVAGE, A22, 3171076, RIFLE, 22 |
| | | | Disposition Recorded, but not Timely/Correct, SAVAGE, A22, 3171076, RIFLE, 22 |
| | | | Disposition Recorded, but not Timely/Correct, BARRETT FIREARMS MFG CO, 90, 296197, RIFLE, 338 |
| | | | Disposition Recorded, but not Timely/Correct, BARRETT FIREARMS MFG CO, 90, 296197, RIFLE, 338 |
| | | | Disposition Recorded, but not Timely/Correct, SIG-SAUER, SIG 716, 22C001466, RIFLE, 762 |
| | | | Disposition Recorded, but not Timely/Correct, SIG-SAUER, SIG 716, 22C001466, RIFLE, 762 |
| | | | Disposition Recorded, but not Timely/Correct, RUGER, MARK II, 18-63107, PISTOL, 22 |
| | | | Disposition Recorded, but not Timely/Correct, RUGER, MARK II, 18-63107, PISTOL, 22 |
| | | | Disposition Recorded, but not Timely/Correct, HIGH STANDARD, D100, 1338491, DERRINGER, 22 |
| | | | Disposition Recorded, but not Timely/Correct, HIGH STANDARD, D100, 1338491, DERRINGER, 22 |
| | | | Disposition Recorded, but not Timely/Correct, BROWNING, X-BOLT, 04271ZN354, RIFLE, 300 |
| | | | Disposition Recorded, but not Timely/Correct, BROWNING, X-BOLT, 04271ZN354, RIFLE, 300 |
| | | | Acquisition Recorded, but not Timely/Correct, Westernfield, M550A, None, SHOTGUN, 12 |
| 7 | 27 CFR 478.123(b): Failure to maintain an accurate/complete/timely licensee disposition record<br><br>Number of Instances: 1 | Accurately, completely & timely record all required future firearm disposition information. Amend/Update A&D Record to accurately record all required firearm disposition information. | Disposition Recorded, but not Timely/Correct, ESSENTIAL ARMS INC, J15, EA1001, RECEIVER/FRAME, 223 |
| | 27 CFR 478.123(a): Failure to maintain an accurate/complete/timely manufacture or acquisition record<br><br>Number of Instances: 62 | Accurately, completely & timely record all required future firearm acquisition information. Amend/Update A&D Record to accurately record all required firearm acquisition information. | Acquisition Recorded, but not Timely/Correct, Watter Works, AK-74, WW01346, RIFLE, 5.45 |
| | | | Acquisition Recorded, but not Timely/Correct, Watter Works, AK-74, WW01346, RIFLE, 5.45 |
| | | | Acquisition Recorded, but not Timely/Correct, AAC, TRI-RANT M, TR45M03406, SILENCER, 45 |
| | | | Acquisition Recorded, but not Timely/Correct, SMITH & WESSON, M&P 15, TK01581, RIFLE, 223 |
| | | | Acquisition Recorded, but not Timely/Correct, SMITH & WESSON, M&P 15, TK01581, RIFLE, 223 |
| | | | Acquisition Recorded, but not Timely/Correct, GLOCK INC., 23GEN4, RYU133, PISTOL, 40 |
| | | | Acquisition Recorded, but not Timely/Correct, HEIZER DEFENSE, LLC, PAR1, PCC03535, DERRINGER, 223 |
| | | | Acquisition Recorded, but not Timely/Correct, KELTEC, CNC INDUSTRIES, INC., PLR16, P1T71, PISTOL, 556 |
| | | | Acquisition Recorded, but not Timely/Correct, Westernfield, M550A, None, SHOTGUN, 12 |
| | | | Acquisition Recorded, but not Timely/Correct, MAVERICK ARMS (EAGLE PASS, TX), 88, MY5B25916, SHOTGUN, 12 |
| | | | Acquisition Recorded, but not Timely/Correct, MAVERICK ARMS (EAGLE PASS, TX), 88, MY5B25916, SHOTGUN, 12 |
| | | | Acquisition Recorded, but not Timely/Correct, MAVERICK ARMS (EAGLE PASS, TX), 88, MV97736N, SHOTGUN, 12 |
| | | | Acquisition Recorded, but not Timely/Correct, MAVERICK ARMS (EAGLE PASS, TX), 88, MV97736N, SHOTGUN, 12 |
| | | | Acquisition Recorded, but not Timely/Correct, MARLIN FIREARMS CO., 336W, MR51931E, RIFLE, 30-30 |
| | | | Acquisition Recorded, but not Timely/Correct, MARLIN FIREARMS CO., 336W, MR51931E, RIFLE, 30-30 |
| | | | Acquisition Recorded, but not Timely/Correct, SPG, XD, MG279623, PISTOL, 40 |
| | | | Acquisition Recorded, but not Timely/Correct, SPG, XD, MG279623, PISTOL, 40 |
| | | | Acquisition Recorded, but not Timely/Correct, BENELLI, S. PA., M4 SUPER 90, M216869, SHOTGUN, 12 |
| | | | Acquisition Recorded, but not Timely/Correct, BENELLI, S. PA., M4 SUPER 90, M216869, SHOTGUN, 12 |

8

Acquisition Recorded, but not Timely/Correct, REMINGTON ARMS COMPANY, INC., 1100, L272745A, SHOTGUN, 20

Acquisition Recorded, but not Timely/Correct, REMINGTON ARMS COMPANY, INC., 1100, L272745A, SHOTGUN, 20

Acquisition Recorded, but not Timely/Correct, SPRINGFIELD ARMORY, GENESEO,IL, XD40, HD104201, PISTOL, 40

Acquisition Recorded, but not Timely/Correct, SMITH & WESSON, M&P 15-22, HCB0650, RIFLE, 22

Acquisition Recorded, but not Timely/Correct, WEATHERBY, MARK V, H110786, RIFLE, 300

Acquisition Recorded, but not Timely/Correct, WEATHERBY, MARK V, H110786, RIFLE, 300

Acquisition Recorded, but not Timely/Correct, RUGER, M77, FZ71-25693, RIFLE, 30-06

Acquisition Recorded, but not Timely/Correct, RUGER, M77, FZ71-25693, RIFLE, 30-06

Acquisition Recorded, but not Timely/Correct, DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES), A15, FFH113305, RIFLE, 556

Acquisition Recorded, but not Timely/Correct, TIKKA - (OY TIKKAKOSKI AB), T3, D19925, RIFLE, 30-06

Acquisition Recorded, but not Timely/Correct, TIKKA - (OY TIKKAKOSKI AB), T3, D19925, RIFLE, 30-06

Acquisition Recorded, but not Timely/Correct, GLOCK INC., 19, BFWX570, PISTOL, 9

Acquisition Recorded, but not Timely/Correct, GLOCK INC., 19, BFWX570, PISTOL, 9

Acquisition Recorded, but not Timely/Correct, BLACKHEART INTERNATIONAL, LLC (BHI), B10.762, BF-F0067, RIFLE, 762

Acquisition Recorded, but not Timely/Correct, BERETTA USA CORP, AL3901, AA418794, SHOTGUN, 12

Acquisition Recorded, but not Timely/Correct, BERETTA USA CORP, AL3901, AA418794, SHOTGUN, 12

Acquisition Recorded, but not Timely/Correct, BROWNING, A5, 90188, SHOTGUN, 12

Acquisition Recorded, but not Timely/Correct, BROWNING, A5, 90188, SHOTGUN, 12

Acquisition Recorded, but not Timely/Correct, RUGER, SUPER BLACKHAWK, 8771548, REVOLVER, 44

Acquisition Recorded, but not Timely/Correct, HIGH STANDARD, DM101, 793120, DERRINGER, 22

Acquisition Recorded, but not Timely/Correct, HIGH STANDARD, DM101, 793120, DERRINGER, 22

Acquisition Recorded, but not Timely/Correct, RUGER, SR-556, 591-28323, RIFLE, 556

Acquisition Recorded, but not Timely/Correct, RUGER, LC9, 453-09057, PISTOL, 9

Acquisition Recorded, but not Timely/Correct, COLT, DSII, 4474SV, REVOLVER, 38

Acquisition Recorded, but not Timely/Correct, COLT, DSII, 4474SV, REVOLVER, 38

Acquisition Recorded, but not Timely/Correct, RUGER, 22/45 LITE, 390-6844, PISTOL, 22

Acquisition Recorded, but not Timely/Correct, RUGER, 22/45 LITE, 390-6844, PISTOL, 22

Acquisition Recorded, but not Timely/Correct, RUGER, P95, 336-44625, PISTOL, 9

Acquisition Recorded, but not Timely/Correct, RUGER, P95, 336-44625, PISTOL, 9

Acquisition Recorded, but not Timely/Correct, SAVAGE, A22, 3171076, RIFLE, 22

Acquisition Recorded, but not Timely/Correct, SAVAGE, A22, 3171076, RIFLE, 22

Acquisition Recorded, but not Timely/Correct, BARRETT FIREARMS MFG CO, 90, 296197, RIFLE, 338

Acquisition Recorded, but not Timely/Correct, BARRETT FIREARMS MFG CO, 90, 296197, RIFLE, 338

Acquisition Recorded, but not Timely/Correct, SIG-SAUER, SIG 716, 22C001466, RIFLE, 762

Acquisition Recorded, but not Timely/Correct, SIG-SAUER, SIG 716, 22C001466, RIFLE, 762

Acquisition Recorded, but not Timely/Correct, RUGER, MARK II, 18-63107, PISTOL, 22

Acquisition Recorded, but not Timely/Correct, RUGER, MARK II, 18-63107, PISTOL, 22

Acquisition Recorded, but not Timely/Correct, HIGH STANDARD, D100, 1338491, DERRINGER, 22

11

| | | |
|---|---|---|
| | | Acquisition Recorded, but not Timely/Correct, HIGH STANDARD, D100, DERRINGER, 22 |
| | | Acquisition Recorded, but not Timely/Correct, BROWNING, X-BOLT, 04271ZN354, RIFLE, 300 |
| | | Acquisition Recorded, but not Timely/Correct, BROWNING, X-BOLT, 04271ZN354, RIFLE, 300 |
| | | Duplicate Entry, KELTEC, CNC INDUSTRIES, INC., PLR16, P1T71, PISTOL, 556 |
| | | Duplicate Entry, DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES), A15, FFH113305, RIFLE, 556 |
| 9 | 27 CFR 478.21(a): Failure to complete forms as prescribed<br><br>Number of Instances: **38** | Complete all forms as prescribed.<br>Ensure that all ATF Form 4473 items, as required by form headings and instructions, are accurately completed on all future transactions.<br>Ensure that all required ATF Form 4473 Section A items are completed/provided by the transferee/buyer on all future transactions.<br>Ensure that the transferee/buyer provides required signature and date, on ATF Form 4473 Section C, for all transactions taking place on a date different from when Section A was certified.<br>Ensure that the required transferor/seller printed name and title is obtained, validated and accurately recorded on all future ATF Forms 4473, Section D.<br>Execute and retain a complete and accurate ATF Form 4473 on all future firearm transactions. | ATF F 4473 Error/Omission, 11a, No, 12601, Somner, John, 6/17/2019<br>ATF F 4473 Error/Omission, 11a, No, 12535, Somner Jr., John, 6/7/2019<br>ATF F 4473 Error/Omission, 11a, No, 12490, Lanie III, Wilfred, 5/28/2019<br>ATF F 4473 Error/Omission, 11a, No, 12459, Hebert, Corey, 5/18/2019<br>ATF F 4473 Error/Omission, 16, Blank Item, 11838, Coluin, Mazolla, 3/6/2019<br>ATF F 4473 Error/Omission, 16, Incorrect, 10925, Uggen, Stephen, 11/5/2018<br>ATF F 4473 Error/Omission, 16, Incorrect, Mosing, Brandon<br>ATF F 4473 Error/Omission, 29, Blank Item, Mosing, Brandon<br>ATF F 4473 Error/Omission, 29, Blank Item, 10792, Calvey, Johnathan<br>ATF F 4473 Error/Omission, 29, Incorrect, 10662, George, Lakeisha<br>ATF F 4473 Error/Omission, 33, Blank Item, 11144, Goutierrez, Hogan, 11/29/2018<br>ATF F 4473 Error/Omission, 33, Blank Item, 11092, Collier, Schayler, 11/17/2018<br>ATF F 4473 Error/Omission, 34, Blank Item, Mosing, Brandon<br>ATF F 4473 Error/Omission, 34, Blank Item, 10792, Calvey, Johnathan<br>ATF F 4473 Error/Omission, 34, Incomplete, 12146, Torres, Alec, 4/1/2019<br>ATF F 4473 Error/Omission, 34, Incomplete, 12601, Somner, John, 6/17/2019<br>ATF F 4473 Error/Omission, 34, Incomplete, 12535, Somner Jr., John, 6/7/2019<br>ATF F 4473 Error/Omission, 34, Incomplete, 11911, Sistrunk, Michael, 3/6/2019<br>ATF F 4473 Error/Omission, 34, Incomplete, 11788, Sipos, David, 3/30/2019<br>ATF F 4473 Error/Omission, 34, Incomplete, 12619, Richardson, Takota, 6/13/2019<br>ATF F 4473 Error/Omission, 34, Incomplete, 10664, Richard, Aaron, 9/27/2018<br>ATF F 4473 Error/Omission, 34, Incomplete, 12481, Parker, Tyler, 5/21/2019<br>ATF F 4473 Error/Omission, 34, Incomplete, 10645, Olivier, Jason, 10/3/2018<br>ATF F 4473 Error/Omission, 34, Incomplete, 11252, Mhire, David, 1/24/2019<br>ATF F 4473 Error/Omission, 34, Incomplete, 10138, Hebert, Michael, 1/24/2019<br>ATF F 4473 Error/Omission, 34, Incomplete, 11144, Goutierrez, Hogan, 11/29/2018<br>ATF F 4473 Error/Omission, 34, Incomplete, 11385, George, Carloes, 2/15/2019<br>ATF F 4473 Error/Omission, 34, Incomplete, 12429, Delino, Maury, 5/11/2019<br>ATF F 4473 Error/Omission, 34, Incomplete, 12222, Deleon, Jacdel, 6/15/2019<br>ATF F 4473 Error/Omission, 34, Incomplete, 12058, Davis, Devon, 3/27/2019<br>ATF F 4473 Error/Omission, 34, Incomplete, 12203, Dardar, Jeremiah, 4/12/2019<br>ATF F 4473 Error/Omission, 34, Incomplete, 11838, Coluin, Mazolla, 3/6/2019<br>ATF F 4473 Error/Omission, 34, Incomplete, 10012, Chittenden, Jeremy, 9/20/2018<br>ATF F 4473 Error/Omission, 34, Incomplete, 12659, Chargois, Devin, 6/27/2019<br>ATF F 4473 Error/Omission, 34, Incomplete, 12599, Carreras, Mack, 6/12/2019<br>ATF F 4473 Error/Omission, 34, Incorrect, 10662, George, Lakeisha<br>ATF F 4473 Error/Omission, 36, Blank Item, Mosing, Brandon<br>ATF F 4473 Error/Omission, 36, Blank Item, 10792, Calvey, Johnathan |
| | 27 CFR 478.124(c)(1): Failure to obtain a completed ATF F 4473<br><br>Number of Instances: **41** | Ensure that all required ATF Form 4473 Section A items are completed/provided by the transferee/buyer on all future transactions.<br>Ensure that the transferee/buyer provides required signature and date, on ATF Form 4473 Section C, for all transactions taking place on a date different from when Section A was certified.<br>Execute and retain a complete and accurate ATF Form 4473 on all future firearm transactions. | ATF F 4473 Error/Omission, 11b, Yes, 12646, Comeaux, Marc, 6/20/2019<br>ATF F 4473 Error/Omission, 11c, Yes, 12646, Comeaux, Marc, 6/20/2019<br>ATF F 4473 Error/Omission, 11d, Yes, 12646, Comeaux, Marc, 6/20/2019<br>ATF F 4473 Error/Omission, 11e, Yes, 12646, Comeaux, Marc, 6/20/2019<br>ATF F 4473 Error/Omission, 11f, Yes, 12646, Comeaux, Marc, 6/20/2019<br>ATF F 4473 Error/Omission, 11g, Yes, 12646, Comeaux, Marc, 6/20/2019<br>ATF F 4473 Error/Omission, 11h, Yes, 12646, Comeaux, Marc, 6/20/2019<br>ATF F 4473 Error/Omission, 11i, Blank Item, 10138, Hebert, Michael, 1/24/2019<br>ATF F 4473 Error/Omission, 11i, Yes, 12646, Comeaux, Marc, 6/20/2019<br>ATF F 4473 Error/Omission, 12d.1, Blank Item, 11492, Watson, Jeremy, 5/25/2019<br>ATF F 4473 Error/Omission, 12d.1, Blank Item, 11788, Sipos, David, 3/30/2019<br>ATF F 4473 Error/Omission, 12d.1, Blank Item, 12481, Parker, Tyler, 5/21/2019<br>ATF F 4473 Error/Omission, 12d.2, Blank Item, 11838, Coluin, Mazolla, 3/6/2019<br>ATF F 4473 Error/Omission, 12d.2, Blank Item, 12622, Brenke, Brennan, 6/15/2019<br>ATF F 4473 Error/Omission, 12d.2, Incorrect, 12601, Somner, John, 6/17/2019<br>ATF F 4473 Error/Omission, 14, Blank Item, 12619, Richardson, Takota, 6/13/2019<br>ATF F 4473 Error/Omission, 14, Blank Item, 12429, Delino, Maury, 5/11/2019<br>ATF F 4473 Error/Omission, 15, Blank Item, 12619, Richardson, Takota, 6/13/2019<br>ATF F 4473 Error/Omission, 15, Blank Item, 12429, Delino, Maury, 5/11/2019 |

12

| # | Violation | Corrective Action | Instances |
|---|---|---|---|
| 10 | | | ATF F 4473 Error/Omission, 15, Blank Item, 12599, Carreras, Mack, 6/12/2019<br>ATF F 4473 Error/Omission, 2, Incorrect, 10925, Uggen, Stephen, 11/5/2018<br>ATF F 4473 Error/Omission, 2, Incorrect, 11833, Potier, Jared, 3/8/2019<br>ATF F 4473 Error/Omission, 22, Blank Item, 10925, Uggen, Stephen, 11/5/2018<br>ATF F 4473 Error/Omission, 22, Blank Item, 12146, Torres, Alec, 4/1/2019<br>ATF F 4473 Error/Omission, 22, Blank Item, 11911, Sistrunk, Michael, 3/6/2019<br>ATF F 4473 Error/Omission, 22, Blank Item, 11833, Potier, Jared, 3/8/2019<br>ATF F 4473 Error/Omission, 22, Blank Item, 11258, McNabb, Glenn, 12/7/2018<br>ATF F 4473 Error/Omission, 22, Blank Item, 11466, Guidry, Stephen, 1/2/2019<br>ATF F 4473 Error/Omission, 22, Blank Item, 12203, Dardar, Jeremiah, 4/12/2019<br>ATF F 4473 Error/Omission, 22, Blank Item, 11838, Coluin, Mazolla, 3/6/2019<br>ATF F 4473 Error/Omission, 22, Incorrect, 12429, Delino, Maury, 5/11/2019<br>ATF F 4473 Error/Omission, 22, Incorrect, 10662, George, Lakeisha<br>ATF F 4473 Error/Omission, 23, Blank Item, 10925, Uggen, Stephen, 11/5/2018<br>ATF F 4473 Error/Omission, 23, Blank Item, 12146, Torres, Alec, 4/1/2019<br>ATF F 4473 Error/Omission, 23, Blank Item, 11911, Sistrunk, Michael, 3/6/2019<br>ATF F 4473 Error/Omission, 23, Blank Item, 11833, Potier, Jared, 3/8/2019<br>ATF F 4473 Error/Omission, 23, Blank Item, 11258, McNabb, Glenn, 12/7/2018<br>ATF F 4473 Error/Omission, 23, Blank Item, 11466, Guidry, Stephen, 1/2/2019<br>ATF F 4473 Error/Omission, 23, Blank Item, 12203, Dardar, Jeremiah, 4/12/2019<br>ATF F 4473 Error/Omission, 23, Blank Item, 11838, Coluin, Mazolla, 3/6/2019<br>ATF F 4473 Error/Omission, 23, Incorrect, 10662, George, Lakeisha |
| 11 | 27 CFR 478.124(c)(3)(i): Failure to verify or record Identification document on ATF F 4473<br><br>Number of Instances: 4 | Execute and retain a complete and accurate ATF Form 4473 on all future firearm transactions. Ensure that all required transferee/buyer identification information is obtained, validated and accurately recorded on all future ATF Forms 4473, Section B. | ATF F 4473 Error/Omission, 18a, Blank Item, 11077, Macip, Marons, 11/14/2018<br>ATF F 4473 Error/Omission, 18a, Incorrect, 12222, Deleon, Jacdel, 6/15/2019<br>ATF F 4473 Error/Omission, 18b, Blank Item, 10925, Uggen, Stephen, 11/5/2018<br>ATF F 4473 Error/Omission, 18b, Blank Item, 11833, Potier, Jared, 3/8/2019 |
| 12 | 27 CFR 478.124(c)(3)(iv): Failure to record NICS contact information on an ATF F 4473<br><br>Number of Instances: 8 | Execute and retain a complete and accurate ATF Form 4473 on all future firearm transactions. Ensure that all required NICS/POC background check information is obtained, validated and accurately recorded on all future ATF Forms 4473, Section B. | ATF F 4473 Error/Omission, 19a, Incorrect, 12058, Davis, Devon, 3/27/2019<br>ATF F 4473 Error/Omission, 19d, Blank Item, 12535, Somner Jr., John, 6/7/2019<br>ATF F 4473 Error/Omission, 19d, Blank Item, 10664, Richard, Aaron, 9/27/2018<br>ATF F 4473 Error/Omission, 19d, Blank Item, 11385, George, Carloes, 2/15/2019<br>ATF F 4473 Error/Omission, 19d, Blank Item, 12012, Fell, Harry, 3/20/2019<br>ATF F 4473 Error/Omission, 19d, Blank Item, 11838, Coluin, Mazolla, 3/6/2019<br>ATF F 4473 Error/Omission, 19d, Blank Item, 12659, Chargois, Devin, 6/27/2019<br>ATF F 4473 Error/Omission, 19d, Incorrect, 10662, George, Lakeisha |
| 13 | 27 CFR 478.124(c)(4): Failure to record firearm information on an ATF F 4473<br><br>Number of Instances: 11 | Execute and retain a complete and accurate ATF Form 4473 on all future firearm transactions. Ensure that all required firearm identification information is obtained, validated and accurately recorded on all future ATF Forms 4473, Section D. | ATF F 4473 Error/Omission, 24, Blank Item, Mosing, Brandon<br>ATF F 4473 Error/Omission, 24, Incorrect, 10662, George, Lakeisha<br>ATF F 4473 Error/Omission, 25, Blank Item, Mosing, Brandon<br>ATF F 4473 Error/Omission, 25, Incorrect, 10662, George, Lakeisha<br>ATF F 4473 Error/Omission, 26, Blank Item, Mosing, Brandon<br>ATF F 4473 Error/Omission, 26, Incorrect, 10662, George, Lakeisha<br>ATF F 4473 Error/Omission, 27, Blank Item, 10645, Olivier, Jason, 10/3/2018<br>ATF F 4473 Error/Omission, 27, Blank Item, Mosing, Brandon<br>ATF F 4473 Error/Omission, 28, Blank Item, 10645, Olivier, Jason, 10/3/2018<br>ATF F 4473 Error/Omission, 28, Blank Item, Mosing, Brandon<br>ATF F 4473 Error/Omission, 28, Incorrect, 10662, George, Lakeisha |
| 14 | 27 CFR 478.124(c)(5): Failure by transferor to sign and/or date an ATF F 4473<br><br>Number of Instances: 8 | Execute and retain a complete and accurate ATF Form 4473 on all future firearm transactions. Ensure that the required transferor/seller signature and date of transfer is obtained, validated and accurately recorded on all future ATF Forms 4473, Section D. | ATF F 4473 Error/Omission, 35, Blank Item, Mosing, Brandon<br>ATF F 4473 Error/Omission, 35, Blank Item, 10792, Calvey, Johnathan<br>ATF F 4473 Error/Omission, 37, Blank Item, 10792, Calvey, Johnathan<br>ATF F 4473 Error/Omission, 37, Incorrect, 11524, Zeringue, Leon, 1/14/2019<br>ATF F 4473 Error/Omission, 37, Incorrect, 12490, Lanie III, Wilfred, 5/28/2019<br>ATF F 4473 Error/Omission, 37, Incorrect, 10976, Guidry, John, 5/14/2019<br>ATF F 4473 Error/Omission, 37, Incorrect, 12623, Duplechain, Thomas, 6/24/2019<br>ATF F 4473 Error/Omission, 37, Incorrect, 10662, George, Lakeisha |
| 15 | 18 U.S.C. 923(g)(5)(A): Failure to timely file required AFMER<br><br>Number of Instances: 1 | Complete and submit required ATF Form 5300.11 (Annual Firearms Manufacturing and Exportation Report). | 2016 and 2017 AFMER were not filed. |
| | 27 CFR 478.124(a): Failure to execute an ATF F 4473 | Ensure correct purchasers ATF Form 4473 is completed.<br>Execute and retain a complete and accurate ATF | Record Management, George, LaPatrick, 10/5/2018 |

13

| # | | | |
|---|---|---|---|
| 16 | Number of Instances: 1 | Form 4473 on all future firearm transactions. | |
| 17 | 27 CFR 478.102(a)(1): Failure to contact NICS or POC<br><br>Number of Instances: 1 | Ensure correct purchasers ATF Form 4473 is completed.<br>Execute a required NICS/POC background check for all future over-the-counter firearm transactions. | NICS Violation, George, LaPatrick, 10/5/2018 |

**LICENSEE RESPONSE REPORT**

| # | Regulation | Corrective Actions | Licensee Response | Status Details |
|---|---|---|---|---|
| 1 | 27 CFR 478.102(a)(2)(ii): Failure to wait 3 business days (with no NICS/POC response) to transfer a firearm<br><br>Number of Instances: 2 | Retrieve and accurately record (on an ATF Form 4473) a required final NICS/POC background check response prior to all future over-the-counter firearm transactions.<br>Ensure that the minimum time period of three business days (meaning days on which State offices are open). | The licensee stated the employee that did the transactions was fired due to lack of ability to do their job correctly. The FFL was in the process of a self audit when the ATF auditor showed up. | Status<br>Licensee Notified<br>Verified Method<br>In Person<br>Date Licensee Notified<br>08/13/2019 |
| 2 | 27 CFR 478.99(c): Unlawful sale or delivery of a firearm to a prohibited person<br><br>Number of Instances: 0 | Ensure that all required ATF Form 4473 Section A items are completed/provided by the transferee/buyer on all future transactions.<br>Cease and desist all firearm transfers to a known prohibited person and/or any person having reasonable cause to believe is prohibited. | The licensee stated the employee that did the transactions was fired due to lack of ability to do their job correctly. The FFL was in the process of a self audit when the ATF auditor showed up. In order to fix this problem the employee was fired. | Status<br>Licensee Notified<br>Verified Method<br>In Person<br>Date Licensee Notified<br>08/13/2019 |
| 3 | 27 CFR 478.129(b): Failure to retain ATF F 4473<br><br>Number of Instances: 1 | Identify and separately retain all denied (completed and future) ATF Forms 4473, for a period not less than 5 years.<br>Organize and maintain ATF Forms 4473 in alphabetical, chronological, or numerical order where NICS was contacted, but no firearm transfer took place, for a period not less than 5 years.<br>Retain ATF Forms 4473 for a period of not less than 20 years after the date of sale or disposition. | The licensee stated the only thing he could think of is that the customer took the form. | Status<br>Licensee Notified<br>Verified Method<br>In Person<br>Date Licensee Notified<br>08/13/2019 |
| 4 | 27 CFR 478.126a: Failure to report multiple sales or other dispositions of pistols and revolvers<br><br>Number of Instances: 2 | Complete and submit ATF Form 3310.4 (Report of Multiple Sale or Other Disposition of Pistols and Revolvers) for all non-reported multiple sales identified as a result of this inspection.<br>Complete and submit ATF Form 3310.4 (Report of Multiple Sale or Other Disposition of Pistols and Revolvers) by close of the same business day, for all applicable future multiple sales. | The licensee stated the employee who was charged with that duty was released from his position for failure to accurately do his duties. Example is this failure. | Status<br>Correction Verified<br>Verified Method<br>In Person<br>Date Correction Verified<br>07/15/2019 |
| 5 | 27 CFR 478.102(a): Failure to complete a NICS/POC background check<br><br>Number of Instances: 1 | Execute a required NICS/POC background check for all future over-the-counter firearm transactions.<br>Retrieve and accurately record (on an ATF Form 4473) a required final NICS/POC background check response prior to all future over-the-counter firearm transactions. | The licensee stated according to the former employee who did the background check after the response was given the customer said I was just looking for a background check. That employee has been let go. | Status<br>Licensee Notified<br>Verified Method<br>In Person<br>Date Licensee Notified<br>08/13/2019 |

| # | Violation | Corrective Action | Licensee Response | Status |
|---|---|---|---|---|
| 6 | 27 CFR 478.123(d): Failure to maintain an accurate/complete/timely nonlicensee disposition record<br><br>Number of Instances: 67 | Accurately, completely & timely record all required future firearm disposition information.<br>Complete and submit ATF Form 3310.11 - Firearms Inventory Theft/Loss Report.<br>Amend/Update A&D Record to accurately record all required firearm disposition information. | The licensee stated they did have the information noted in an A&D book the licensee was unaware you could not have digital and handwritten A&D's at the same time. They no longer have any handwritten A&D's. | Status<br>Correction Verified<br><br>Verified Method<br>In Person<br><br>Date Correction Verified<br>08/13/2019 |
| 7 | 27 CFR 478.123(b): Failure to maintain an accurate/complete/timely licensee disposition record<br><br>Number of Instances: 1 | Accurately, completely & timely record all required future firearm disposition information.<br>Amend/Update A&D Record to accurately record all required firearm disposition information. | The licensee stated they did have the information noted in an A&D book the licensee was unaware you could not have digital and handwritten A&D's at the same time. They no longer have any handwritten A&D's. | Status<br>Correction Verified<br><br>Verified Method<br>In Person<br><br>Date Correction Verified<br>08/13/2019 |
| 8 | 27 CFR 478.123(a): Failure to maintain an accurate/complete/timely manufacture or acquisition record<br><br>Number of Instances: 62 | Accurately, completely & timely record all required future firearm acquisition information.<br>Amend/Update A&D Record to accurately record all required firearm acquisition information. | The licensee stated they did have the information noted in an A&D book the licensee was unaware you could not have digital and handwritten A&D's at the same time. They no longer have any handwritten A&D's. | Status<br>Correction Verified<br><br>Verified Method<br>In Person<br><br>Date Correction Verified<br>08/13/2019 |
| 9 | 27 CFR 478.21(a): Failure to complete forms as prescribed<br><br>Number of Instances: 38 | Complete all forms as prescribed.<br>Ensure that all ATF Form 4473 items, as required by form headings and instructions, are accurately completed on all future transactions.<br>Ensure that all required ATF Form 4473 Section A items are completed/provided by the transferee/buyer on all future transactions.<br>Ensure that the transferee/buyer provides required signature and date, on ATF Form 4473 Section C, for all transactions taking place on a date different from when Section A was certified.<br>Ensure that the required transferor/seller printed name and title is obtained, validated and accurately recorded on all future ATF Forms 4473, Section D.<br>Execute and retain a complete and accurate ATF Form 4473 on all future firearm transactions. | The licensee stated the employees that made these mistakes have been reprimanded and or relived of their position. | Status<br>Licensee Notified<br><br>Verified Method<br>In Person<br><br>Date Licensee Notified<br>08/13/2019 |
| 10 | 27 CFR 478.124(c)(1): Failure to obtain a completed ATF F 4473<br><br>Number of Instances: 41 | Ensure that all required ATF Form 4473 Section A items are completed/provided by the transferee/buyer on all future transactions.<br>Ensure that the transferee/buyer provides required signature and date, on ATF Form 4473 Section C, for all transactions taking place on a date different from when Section A was certified.<br>Execute and retain a complete and accurate ATF Form 4473 on all future firearm transactions. | The licensee stated the employees that made these mistakes have been reprimanded and or relived of their position. | Status<br>Licensee Notified<br><br>Verified Method<br>In Person<br><br>Date Licensee Notified<br>08/13/2019 |
| 11 | 27 CFR 478.124(c)(3)(i): Failure to verify or record Identification document on ATF F 4473<br><br>Number of Instances: 4 | Execute and retain a complete and accurate ATF Form 4473 on all future firearm transactions.<br>Ensure that all required transferee/buyer identification information is obtained, validated and accurately recorded on all future ATF Forms 4473, Section B. | The licensee stated the employees that made these mistakes have been reprimanded and or relived of their position. | Status<br>Licensee Notified<br><br>Verified Method<br>In Person<br><br>Date Licensee Notified<br>08/13/2019 |

| # | Violation | Corrective Action | Licensee Response | Status |
|---|---|---|---|---|
| 12 | 27 CFR 478.124(c)(3)(iv): Failure to record NICS contact information on an ATF F 4473<br><br>Number of Instances: 8 | Execute and retain a complete and accurate ATF Form 4473 on all future firearm transactions.<br>Ensure that all required NICS/POC background check information is obtained, validated and accurately recorded on all future ATF Forms 4473, Section B. | The licensee stated the employees that made these mistakes have been reprimanded and or relived of their position. | Status: Licensee Notified<br><br>Verified Method: In Person<br><br>Date Licensee Notified: 08/13/2019 |
| 13 | 27 CFR 478.124(c)(4): Failure to record firearm information on an ATF F 4473<br><br>Number of Instances: 11 | Execute and retain a complete and accurate ATF Form 4473 on all future firearm transactions.<br>Ensure that all required firearm identification information is obtained, validated and accurately recorded on all future ATF Forms 4473, Section D. | The licensee stated the employees that made these mistakes have been reprimanded and or relived of their position. | Status: Licensee Notified<br><br>Verified Method: In Person<br><br>Date Licensee Notified: 08/13/2019 |
| 14 | 27 CFR 478.124(c)(5): Failure by transferor to sign and/or date an ATF F 4473<br><br>Number of Instances: 8 | Execute and retain a complete and accurate ATF Form 4473 on all future firearm transactions.<br>Ensure that the required transferor/seller signature and date of transfer is obtained, validated and accurately recorded on all future ATF Forms 4473, Section D. | The licensee stated the employees that made these mistakes have been reprimanded and or relived of their position. | Status: Licensee Notified<br><br>Verified Method: In Person<br><br>Date Licensee Notified: 08/13/2019 |
| 15 | 18 U.S.C. 923(g)(5)(A): Failure to timely file required AFMER<br><br>Number of Instances: 1 | Complete and submit required ATF Form 5300.11 (Annual Firearms Manufacturing and Exportation Report). | The licensee stated it slipped through the cracks it has been rectified. | Status: Correction Verified<br><br>Verified Method: In Person<br><br>Date Correction Verified: 08/13/2019 |
| 16 | 27 CFR 478.124(a): Failure to execute an ATF F 4473<br><br>Number of Instances: 1 | Ensure correct purchasers ATF Form 4473 is completed.<br>Execute and retain a complete and accurate ATF Form 4473 on all future firearm transactions. | The licensee stated the employee has been fired. | Status: Licensee Notified<br><br>Verified Method: Email<br><br>Date Licensee Notified: 08/21/2019 |
| 17 | 27 CFR 478.102(a)(1): Failure to contact NICS or POC<br><br>Number of Instances: 1 | Ensure correct purchasers ATF Form 4473 is completed.<br>Execute a required NICS/POC background check for all future over-the-counter firearm transactions. | The licensee stated the employee has been fired. | Status: Licensee Notified<br><br>Verified Method: Email<br><br>Date Licensee Notified: 08/21/2019 |

**CLOSING CONFERENCE**

Closing Conference Date

Closing Conference Additional Notes

The following reference material was provided to Jeremiah Deare:

- Gun Show Pamphlet - Important Notice to Dealers & Other Participants at Gun Shows (ATF I 5300.23A)
- Computerized Acquisition and Disposition Records (ATF Ruling 2016-1)
- Youth Handgun Safety Act Poster (ATF I 5300.1)
- Youth Handgun Safety Act Notice Pamphlet (ATF I 5300.2)
- Safety and Security Information for FFL (ATF P 3317.2)
- Federal Firearms Licensee Quick Reference and Best Practices Guide (ATF 5300.15)
- Website to obtain a copy of the Federal Firearms Regulations Reference Guide (ATF P 5300.4)
- Disaster Preparedness for Federal Firearms Licensees (ATF P 3317.7)
- Important Notice Selling Firearms AFTER Revocation, Expiration, or Surrender of an FFL
- Open Letter to All Louisiana Federal Firearms Licensees regarding compliance with the Brady Handgun Violence Prevention Act
- Open Letter to All Federal Firearms Licensees regarding updated procedures for FFL facilitation of private firearm transfers
- Delay/Deny Appeal process (March 2014)
- Public Safety Advisory Exploding Targets (May 29, 2015)
- Loss Prevention for Firearms Retailers (ATF P 5380.1)
- Electronic Version of Form 4473 (ATF E Form 4473) (ATF Ruling 2016-2)
- What is a Business Day chart
- FBI Letter to FFLs regarding NICS background and E-Check Information
- Application for Alternate Means of Identification of Firearm(s) (Marking Variance) (ATF F 3311.4)
- Guide for Requesting Marking Variances
- Annual Firearms Manufacturing and Exportation Report (AFMER) (ATF E-Form 5300.11)
- Records Maintained by Manufacturers and Importers (ATF Ruling 2016-3)
- DDTC ITAR Registration Consolidated Guidance for Firearm Manufacturers and Gunsmiths (July 22, 2016)
- Definitions (Firearm, Manufacturer, Dealer & Identification of Firearms) (ATF Rulings 2010-10 & 2015-1)
- Definitions & Licenses Required (ATF Ruling 2009-1)
- Definitions & Licenses Required (ATF Ruling 2009-2)
- National Firearms Act Branch (ATF P 5320.6)
- ATF Final Rule 41F general information (July 13, 2016)
- Meaning of Terms (ATF Ruling 76-22 ) – NFA
- Special Tax Registration and Return National Firearms Act (NFA) (ATF E-Form 5630.7)

Attachment(s)

Attendee(s)

JEREMIAH MICAH DEARE

## WARNING CONFERENCE

### Scheduling Letter

Delivery Method
Email

| Type | Email |
|---|---|
| JEREMIAH MICAH DEARE Email | transferffl@yahoo.com |
| Business Email | transferffl@yahoo.com |

### Conference Details

Warning Conference Lead
Angele Guient

Representing ATF
Angele Guient and Donna Hurstell

Conference Date/Time
09/19/2019 11:00 AM

Responsible person(s) representing the licensee
JEREMIAH MICAH DEARE

Conference Address
5757 Corporate Blvd Unit 300, Baton Rouge, Louisiana 70808

Non-Responsible person(s) representing the licensee
Sarah Fogle

Follow-Up Letter Details

27 CFR 478.102(a)(2)(ii): Failure to wait 3 business days (with no NICS/POC response) to transfer a Firearm.

Regarding this violation, Mr. Deare stated the discrepancies were due to two employees not properly doing their jobs. Mr. Deare stated just prior to the inspection he realized the two employees in question were not properly operating the firearms business and was in the middle of an internal audit when the IOI arrived to conduct the inspection. He further stated, when the IOI arrived the two employees had been fired based on his internal findings. Mr. Deare stated he has no excuses for the discrepancies. He stated that he trusted the two employees to properly run the firearms part of the business and they failed, which is why they were fired.

27 CFR 478.129(b): Failure to retain ATF Form 4473.

Regarding this violation, Mr. Deare stated he does not know what happened to the form. He further stated the forms are separated between the proceeds and denials and suspects the customer may have taken the form. Mr. Deare stated it was negligence. He stated they will be more careful in future transactions and not allow the customer to have complete access to the form once it is completed.

27 CFR 478.126a: Failure to report multiple sales or other dispositions of pistols and revolvers.

Regarding this violation, Mr. Deare stated it was one of the fired employee's job to review the forms at the end of each day to determine if any multiple sales reports were required to be submitted. He further stated it was the employee's job to complete the form and fax it to ATF. Since the inspection the employee has been terminated and now the multiple sales report forms are scanned and emailed in order to document the form was submitted.

27 CFR 478.102(a): Failure to complete a NICS/POC background check.

Regarding this violation, Mr. Deare stated the employees were aware that they should conduct NICS background checks just to see if a person was prohibited. He stated the employee informed him that the customer was interested in a firearm but once the NICS check was completed the customer stated he did not want to purchase a firearm. However, when Mr. Deare questioned the employee about which firearm the customer wanted to purchase the employee did not respond. Mr. Deare stated this was one of many reasons the employee was fired.

27 CFR 478.123(d): Failure to maintain an accurate/complete/timely non-licensee disposition record.

27 CFR 478.123(b): Failure to maintain an accurate/complete/timely licensee disposition record.

27 CFR 478.123(a): Failure to maintain an accurate/complete/timely manufacture or acquisition record.

Regarding the above violations, Mr. Deare again stated it was the responsibility of the two employees he fired to maintain the firearms records and they failed to do so. He stated he had no idea what happened to the missing firearms or why the dispositions were not logged out of the A & D Book. Mr. Deare further stated he was not aware of ATF Ruling 2016-1 and that it was not in compliance to maintain a written and a computerized A & D record. However, prior to the inspection and due to his own internal audit, Mr. Deare realized the A & D Book had many discrepancies and therefore he purchased a new computerized system, Gear Fire. Mr. Deare stated with the purchase of the new system his A & D Book should be in compliance with the ruling. The new computerized system now includes the gunsmithing book which was previously handwritten. Mr. Deare stated they will conduct quarterly inventory verifications and this should catch any discrepancies.

27 CFR 478.21(a): Failure to complete forms as prescribed.

27 CFR 478.124(c)(1): Failure to obtain a completed ATF Form 4473.

27 CFR 478.124(c)(3)(i): Failure to verify or record Identification document on ATF Form 4473.

27 CFR 478.124(c)(3)(iv): Failure to record NICS contact information on an ATF Form 4473.

27 CFR 478.124(c)(4): Failure to record firearm information on an ATF Form 4473.

27 CFR 478.124(c)(5): Failure by transferor to sign and/or date an ATF Form 4473.

Regarding the above violations, Mr. Deare stated the errors were due to employee negligence. He stated the two involved employees began to take shortcuts in completing the forms which led to negligence. Since the inspection, Mr. Deare stated he now has a new sales person that is responsible for the firearms recordkeeping requirements. He further stated they have implemented a double check system where two employees will review the ATF Forms 4473 for accuracy and completeness prior to the customer leaving the premises. Mr. Deare stated a third review of the forms is conducted prior to filing. He stated he believes these checks should assist in reducing the discrepancies in future transactions.

18 U.S.C. 923(g)(5)(A): Failure to timely file required AFMER.

Regarding this violation, Mr. Deare stated he was not aware he had to complete an AFMER if he did not manufacture any firearms. Since the inspection he has now completed the required reports and will comply in the future.

27 CFR 478.124(a): Failure to execute an ATF Form 4473.

27 CFR 478.102(a)(1): Failure to contact NICS or POC.

Regarding the above violations, Mr. Deare stated the paperwork just got mixed up between two customers with similar names. He further stated the paperwork was mixed up due to employee negligence. Mr. Deare stated they will be more careful in future transactions and with the double check system this discrepancy should not reoccur.

*Follow-Up Letter*

Delivery Method
Email

| Type | Email |
|---|---|
| JEREMIAH MICAH DEARE Email | transferffl@yahoo.com |
| Business Email | transferffl@yahoo.com |

**EXHIBITS**

*Inspection*

| Category | Attachment Name |
|---|---|
| Correspondence | Spartan Notification RE: 5-72-04781 Inspection Results |
| WarningConferenceFollowUpEmailConfirmation | Dave's Gun Shop - WC Follow Up Letter Receipt.pdf |
| Correspondence | |
| Correspondence | Action required concerning your Federal Firearms License |
| Correspondence | |
| Correspondence | Action required concerning your Federal Firearms License |
| WarningConferenceFollowUpLetter | Follow Up Letter.pdf |
| WarningConferenceScheduleReturnEmail | Daves Gunshop - WC Scheduling Receipt.pdf |
| Correspondence | |
| Correspondence | Action required concerning your Federal Firearms License |
| Correspondence | |
| Correspondence | Action required concerning your Federal Firearms License |
| WarningConferenceSchedulingLetter | Scheduling Letter.pdf |
| Correspondence | Information Concerning Your Federal License/Permit |

18

| | |
|---|---|
| ReturnedSignedROV | Daves GunShop LLC - Amended ROV.pdf |
| LicenseeResponseToViolationsPDF | Licensee Response to Violations Report.pdf |
| Correspondence | |
| Correspondence | Information Concerning Your Federal License/Permit |
| ViolationsPDF | Report of Violations.pdf |
| RentalLeaseVerification | Daves GunShop LLC - Lease agreement.pdf |
| PropertyOwnershipVerification | Daves GunShop LLC - TLO property ownership.pdf |
| Correspondence | Information Concerning Your Federal License/Permit |
| ClosingConferenceSummary | Acknowledgment of Regulations.pdf |
| LicenseeResponseToViolationsPDF | Licensee Response to Violations Report.pdf |
| Correspondence | |
| Correspondence | Information Concerning Your Federal License/Permit |
| ViolationsPDF | Report of Violations.pdf |
| BusinessVerification | Daves GunShop LLC - SOS business status.pdf |

*SUS-1296*

| Category | Attachment Name |
|---|---|
| Correspondence | Industry Operations Report of Suspicious Activity(SUS-1296) |