**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Assignment and Report

| 1. OPERATING NAME AND ADDRESS (INCLUDE ZIP CODE AND COUNTY) | 2. U.I. NUMBER (ORG. SEG. CODE, ASSIGNMENT NO., P.P.C.) 777040-2014-0395-B1B | | |
|---|---|---|---|
| DAVES GUNSHOP LLC 924 KALIST SALOOM RD SUITE B LAFAYETTE,LA 70508, LAFAYETTE PARISH | 3. PERMIT/LICENSE NUMBER 57205507PA04781 | 4a. TARGET DATE 8/28/2014 | 4b. TARGET HOURS |
| | 5. REQUESTED BY (SIGNATURE, TITLE AND DATE) | | |

**6. ATF OFFICER(S) ASSIGNED**
Donna Hurstell - Assigned Investigator
John CIEUTAT III - Lead Investigator
Terrence CANNON - Assigned Investigator

**7. ASSIGNED BY (SIGNATURE, TITLE AND DATE)**
Terry R. DOGAN, Area Supervisor, 07/31/2014

**8. PURPOSE/SPECIAL INSTRUCTIONS**
CONDUCT NEW ONSITE FIREARMS (MANUFACTURER) INVESTIGATION

| 9. INSPECTION RESULTS | ☐ CHECK IF NO VIOLATIONS, ADJUSTMENTS, ETC | | 10. TRAVEL EXPENSES (OPTIONAL) | |
|---|---|---|---|---|
| NO. OF VIOLATIONS | NO. OF REFERRALS | | 2111 - PER DIEM | |
| NO. OF TECS CHECKS | NO. OF TECS HITS | | 2112 - P.O.A. | |
| NO. OF TAX ADJUSTMENTS | $ VALUE OF TAX INCREASES | | 2113 - COMM. AIR | |
| | $ VALUE OF TAX DECREASES | | 2114 - RENTAL CAR | |
| NO. OF ASSESSMENTS | $ VALUE OF ASSESSMENTS | | 2115 - GPV EXPENSES | |
| NO. OF CLAIMS | $ VALUE OF CLAIMS | | 2116 - MISC. | |
| NO. OF TAX PERIODS | $ VALUE OF TAXES VERIFIED | | TOTAL $ FOR INSP. | |

**11. ATF OFFICER'S RECOMMENDATION**
Submitted by JDCIEUTATI - Industry Operations Investigator

Submitted on: 08/20/2014

Application Approved

| 12. TIME ACCOUNTING DATA | | | |
|---|---|---|---|
| ATF OFFICER'S NAME  (MONTH, YEAR, HOURS)    Donna Hurstell | | | |
| AUG  2014 | 11.50 | | |
| ATF OFFICER'S SUBTOTAL | 11.50 | ATF OFFICER'S SIGNATURE | |
| ATF OFFICER'S NAME  (MONTH, YEAR, HOURS)    John CIEUTAT III | | | |
| AUG  2014 | 10.00 | | |
| ATF OFFICER'S SUBTOTAL | 10.00 | ATF OFFICER'S SIGNATURE | SEE ATTACHED |
| TOTAL HOURS | 21.50 | | |

| 13. REVIEW AND ROUTING | | | |
|---|---|---|---|

**REVIEW COMMENTS AND RECOMMENDATION**
Application Approved

GOVERNMENT EXHIBIT 19

| ☒ REVIEWED | ☒ CONCUR | ☒ SEE COMMENTS | ☒ FINAL DISPOSITION | |
|---|---|---|---|---|
| SIGNATURE AND TITLE TRDOGAN - Area Supervisor | | | REVIEW DATE  08/28/2014 | |

ATF EF 5700.14 (10-98) For Official Use Only

Page 1 of 2

ATF-00707

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Assignment and Report

| 1. OPERATING NAME AND ADDRESS (INCLUDE ZIP CODE AND COUNTY) | 2. U.I. NUMBER (ORG. SEG. CODE, ASSIGNMENT NO., P.P.C.) 777040-2014-0395-B1B | | |
|---|---|---|---|
| DAVES GUNSHOP LLC 924 KALIST SALOOM RD SUITE B LAFAYETTE,LA 70508, LAFAYETTE PARISH | 3. PERMIT/LICENSE NUMBER 57205507PA04781 | 4a. TARGET DATE 8/28/2014 | 4b. TARGET HOURS |
| | 5. REQUESTED BY (SIGNATURE, TITLE AND DATE) | | |

ROUTING SEQUENCE AND DATE

☑ 1. _____ AFCI _____
☑ 2. _____ POTT _____
☐ 3. _____
☐ 4. _____

CONTROL FILE POSTED DATE _____

ATF EF 5700.14 (10-98) For Official Use Only

ATF-00708

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

## Assignment and Report

| 1. OPERATING NAME AND ADDRESS (INCLUDE ZIP CODE AND COUNTY) | 2. U.I. NUMBER (ORG. SEG. CODE, ASSIGNMENT NO., P.P.C.) |
|---|---|
| DAVES GUNSHOP LLC<br>924 KALIST SALOOM RD SUITE B<br>LAFAYETTE,LA 70508, LAFAYETTE PARISH | 777040-2014-0395-B1B |

| 3. PERMIT/LICENSE NUMBER | 4a. TARGET DATE | 4b. TARGET HOURS |
|---|---|---|
| 57205507PA04781 | 8/28/2014 | |

5. REQUESTED BY (SIGNATURE, TITLE AND DATE)

6. ATF OFFICER(S) ASSIGNED
Donna Hurstell - Assigned Investigator
John CIEUTAT III - Lead Investigator
Terrence CANNON - Assigned Investigator

7. ASSIGNED BY (SIGNATURE, TITLE AND DATE)
Terry R. DOGAN, Area Supervisor, 07/31/2014

8. PURPOSE/SPECIAL INSTRUCTIONS
CONDUCT NEW ONSITE FIREARMS (MANUFACTURER) INVESTIGATION

| 9. INSPECTION RESULTS | ☐ CHECK IF NO VIOLATIONS, ADJUSTMENTS, ETC | | 10. TRAVEL EXPENSES (OPTIONAL) | |
|---|---|---|---|---|
| NO. OF VIOLATIONS | | NO. OF REFERRALS | | 2111 - PER DIEM | |
| NO. OF TECS CHECKS | | NO. OF TECS HITS | | 2112 - P.O.A. | |
| NO. OF TAX ADJUSTMENTS | | $ VALUE OF TAX INCREASES | | 2113 - COMM. AIR | |
| | | $ VALUE OF TAX DECREASES | | 2114 - RENTAL CAR | |
| NO. OF ASSESSMENTS | | $ VALUE OF ASSESSMENTS | | 2115 - GPV EXPENSES | |
| NO. OF CLAIMS | | $ VALUE OF CLAIMS | | 2116 - MISC. | |
| NO. OF TAX PERIODS | | $ VALUE OF TAXES VERIFIED | | TOTAL $ FOR INSP. | |

11. ATF OFFICER'S RECOMMENDATION

Application Approved

| 12. TIME ACCOUNTING DATA | | |
|---|---|---|
| ATF OFFICER'S NAME (MONTH, YEAR, HOURS)   Donna Hurstell<br>AUG 2014               11.50 | | |
| ATF OFFICER'S SUBTOTAL | 11.50 | ATF OFFICER'S SIGNATURE |
| ATF OFFICER'S NAME (MONTH, YEAR, HOURS)   John CIEUTAT III<br>AUG 2014               10.00 | | |
| ATF OFFICER'S SUBTOTAL | 10.00 | ATF OFFICER'S SIGNATURE |
| TOTAL HOURS | 21.50 | |

**13. REVIEW AND ROUTING**

REVIEW COMMENTS AND RECOMMENDATION

| ☐ REVIEWED | ☐ CONCUR | ☐ SEE COMMENTS | ☐ FINAL DISPOSITION |
|---|---|---|---|
| SIGNATURE AND TITLE | | | REVIEW DATE |

ATF EF 5700.14 (10-98) For Official Use Only                                    Page 1 of 2

ATF-00709

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Assignment and Report

| 1. OPERATING NAME AND ADDRESS (INCLUDE ZIP CODE AND COUNTY) | 2. U.I. NUMBER (ORG. SEG. CODE, ASSIGNMENT NO., P.P.C.) 777040-2014-0395-B1B | | |
|---|---|---|---|
| DAVES GUNSHOP LLC 924 KALIST SALOOM RD SUITE B LAFAYETTE,LA 70508, LAFAYETTE PARISH | 3. PERMIT/LICENSE NUMBER | 4a. TARGET DATE | 4b. TARGET HOURS |
| | 57205507PA04781 | 8/28/2014 | |
| | 5. REQUESTED BY (SIGNATURE, TITLE AND DATE) | | |

ROUTING SEQUENCE AND DATE

☐ 1. _____
☐ 2. _____
☐ 3. _____
☐ 4. _____

CONTROL FILE POSTED DATE _____

ATF-00710

019-004



**DEPARTMENT OF JUSTICE**
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
244 NEEDY ROAD
MARTINSBURG, WV 25405

901020
5300

**MEMO TO:** Terry Dogan, Area Office Supervisor

**FROM:** Joseph Oates, FFLC EXAMINER

**DATE:** 07/24/2014

**SUBJECT: FFL NUMBER:** 5-72-04781 Dave's Gunshop LLC

The attached application for Federal Firearms License was received in the Federal Firearms Licensing Center. Required documentation as reflected below was not included. Please obtain the requested additional documentation, as indicated and/or have the applicable and appropriate corrections made as indicated. Please ensure all documents are included with the applicable ATF Form 5700.14, Assignment and Report, and that any amendments/corrections are clearly identified in item 11, ATF Officer's Recommendation: **Please return this original application to us since we are no longer making copies of applications.**

❏    New Application for a type 07 License

❏    Block 11, Total Fees needed

❏    Applicant also holds type 01 license 5-72-14369

❏    Block 22, SSN needed for each RP

❏    Block 22, Phone number needed for each RP

❏    Block 28 needs signature, title, and date

ATF-00711

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0018

**Application for Federal Firearms License**

**For ATF Use Only**    5 72- 04781

1. Name of Owner or Corporation (If partnership, include name of each partner)
Daves Gunshop LLC  David Richard  Linda Richard  Jeremiah Dea

2. Trade or Business Name, if any
Daves Gunshop LLC

3. Employer Identification Number (EIN#) or Social Security Number (SSN is Voluntary)
72-1466571

4. Name of County in Which Business is Located
LAfayette

5. Business Address (RFD or street number, city, State, and ZIP code) (NOTE: The business address CANNOT be a P.O. Box.)
924 Kaliste Saloom Rd
ste B
Lafayette LA 80508

6. Mailing Address (If different from address in item #5)

7. Contact Numbers (Include Area Code)
Business Phone  337-232-6791
Fax Number  337 232-6797
Cell Phone  337-254-6813
24 Hour Emergency # (If different)

8. Applicant's Business is (Select one)
☐ Individually Owned    ☐ A Partnership    ☐ A Corporation    ☒ Other (Specify) LLC

9. Describe Specific Activity Applicant is Engaged In, or Intends to Engage In, Which Requires a Federal Firearms License. (Sale of ammunition alone does not require a license.)
Sale of New firearms  Used & trade in firearms, amunition & acs

10. Do You Intend to Engage in Business as a Pawnbroker?
☐ Yes    ☒ No

11. Application is Made For a License Under 18 U.S.C. Chapter 44 as a: (Place an "X" in the appropriate box. Submit the fee noted next to the box with the application. Licenses are issued for a 3-year period. See Instruction #13 for payment information.)

| Type | Description of License Type | Fee |
|---|---|---|
| 01/02 | Dealer (01), Including Pawnbroker (02), in Firearms Other Than Destructive Devices (Includes: *Rifles, Shotguns, Pistols, Revolvers, Gunsmith activities and National Firearms Act (NFA) Weapons*) | $200 ☐ |
| 06 | Manufacturer of Ammunition for Firearms Other Than Ammunition for Destructive Devices or Armor Piercing Ammunition | $30 ☐ |
| 07 | Manufacturer of Firearms Other Than Destructive Devices | $150 ☒ |
| 08 | Importer of Firearms Other Than Destructive Devices or Ammunition for Firearms Other Than Destructive Devices, or Ammunition Other Than Armor Piercing Ammunition (NOTE: *Importer of handguns and rifles, see instruction #8.*) | $150 ☐ |
| 09 | Dealer in Destructive Devices | $3000 ☐ |
| 10 | Manufacturer of Destructive Devices, Ammunition for Destructive Devices or Armor Piercing Ammunition | $3000 ☐ |
| 11 | Importer of Destructive Devices, Ammunition for Destructive Devices or Armor Piercing Ammunition (See instruction #8) | $3000 ☐ |
| | **Total Fees $** | $150 |

12. Method of Payment (Check one)
☒ Check (Enclosed)    ☐ Cashier's Check or Money Order (Enclosed)    ☐ Visa    ☐ Mastercard    ☐ American Express    ☐ Discover    ☐ Diners Club

Credit/Debit Card Number (No dashes) | Name as Printed on Your Credit/Debit Card | Expiration Date (Month & year)

Credit/Debit Card Billing Address:
Address:
City:    State:    Zip Code:

Please Complete to Ensure Payment is Credited to the Correct Application:
I am Paying the Application Fee for the Following Person, Corporation, or Partnership:
Daves Gunshop LLC

Total Application Fees:
$ 150 EX

I Authorize ATF to Charge my Credit/Debit Card the Above Amount.

_____
Signature of Cardholder

_____
Date

Your credit/debit card will be charged the above stated amount upon receipt of your application. The charge will be reflected on your credit/debit card statement. In the event a license/permit is NOT issued, the above amount will be credited to the credit/debit card noted above.

ATF Form 7 (5310.12)
Revised May 2005

COPY 1 - ATF COPY

ATF-00712

| 13. Hours of Operation of Applicant's Business (Must be completed) | | | | | | | 14. Is Applicant Presently Engaged in a Business Requiring a Federal Firearms License? (If "Yes," answer 14a.) |
|---|---|---|---|---|---|---|---|

| Time | Sun | Mon | Tues | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|---|
| Open | | 0900 am | 900 am | 0900 am | 0900 am | 0900 am | |
| Close | | 6:00pm | 600pm | 6:00 pm | 6:00 pm | 6:00 pm | |

☒ Yes    ☐ No

14a. Present Federal Firearms License Number
5 72 055 01 7 F 14369

15. If You Have Served in the Armed Forces, Provide the Service Serial Number and Military Branch.

Service Serial Number: 2722

Military Branch: Army National Guard

16. Applicant's Business Premises Are
☐ Owned    ☒ Leased/Rented    ☐ Military

IF RENTED OR LEASED, PLEASE PROVIDE THE NAME, ADDRESS, AND TELEPHONE NUMBER OF THE PROPERTY OWNER.

Name and Address of Property Owner (If applicable)
Keith Menard
Lafayette LA 70508

Telephone Number of Property Owner (If applicable)
[redacted]

17. Indicate Type of Business Premises

Zoned Commercial:    Zoned Residential:

☒ Store Front    ☐ Single Family Dwelling
☐ Office    ☐ Condominium/Apartment
☐ Rod & Gun Club    ☐ Hotel/Motel
☐ Military Base    ☐ Public Housing
☐ Other (Specify)

18. Do You Intend To Make a Profit from Your Business?
☒ Yes    ☐ No (If no, do not submit application)

IF THE PREMISES ARE LOCATED ON A MILITARY INSTALLATION, ATTACH A COPY OF WRITTEN AUTHORIZATION FROM THE BASE COMMANDER TO CONDUCT A FIREARMS BUSINESS ON THE MILITARY INSTALLATION.

18a. Do You Intend To Sell Firearms Only at Gun Shows?
☐ Yes (If yes, do not submit application)    ☒ No

19. Do You Intend to Use Your License Only to Acquire Personal Firearms?
☐ Yes (If yes, do not submit application.)    ☒ No

If Business was Obtained From Someone Else, Provide the Following Information.

20. Name of Previous Business
Dave's Gunshop

21. Federal Firearms License Number
5 72 055 01 7 F 14369

22. Provide the Information Required for Each Individual Owner, Partner, and Other Responsible Persons in the Business. See Instruction #10 for Responsible Person Definition. If a Female, List Any Given, Married, and Maiden Names, e.g., "Mary Alice (Smith) Jones," Not "Mrs. John Jones." (If additional space is needed, use a separate sheet.) Each Responsible Person Must Complete All Information in this Section.

| Full Name | Position and Social Security Number (Social Security Number is Voluntary) | Home Address Please provide every address you have had in the last 5 years. | Country of Citizenship List more than one, if applicable. Nonimmigrant aliens must complete all information in item #23. | Place of Birth (City, State, or Foreign Country) | Date of Birth | Race and Ethnicity (Please check one or more boxes) | Sex | Residence Telephone No. |
|---|---|---|---|---|---|---|---|---|
| David George Richard | owner | [redacted] Broussard LA 70518 | U S A | Opelousas Louisiana | [redacted] 1954 | ☐ American Indian or Alaska Native ☐ Asian ☐ Black or African American ☐ Hispanic or Latino ☐ Native Hawaiian or Other Pacific Islander ☒ White | M A L E | [redacted] 8MI'? |
| Linda Sue Fontenot Richard | owner | [redacted] Broussard LA 70518 | U S A | Opelousas louisiana | [redacted] 1960 | ☐ American Indian or Alaska Native ☐ Asian ☐ Black or African American ☐ Hispanic or Latino ☐ Native Hawaiian or Other Pacific Islander ☒ White | F E M A L E | [redacted] 9/4(' ? |

ATF Form 7 (5310.12)
Revised May 2005

| Full Name | Position and Social Security Number (Social Security Number is Voluntary) | Home Address Please provide every address you have had in the last 5 years. | Country of Citizenship List more than one, if applicable. Nonimmigrant aliens must complete all information in Item #23. | Place of Birth (City, State, or Foreign Country) | Date of Birth | Race and Ethnicity (Please check one or more boxes) | Sex | Residence Telephone No. |
|---|---|---|---|---|---|---|---|---|
| Jeremiah Micah Deare | Owner and manager | 1310 Dulles LA 70506 339 Feufollet Rd Lafayette La 70506 | USA | Alexandria LA | 09/ 29/ 1983 | ☐ American Indian or Alaska Native ☐ Asian ☐ Black or African American ☐ Hispanic or Latino ☐ Native Hawaiian or Other Pacific Islander ☒ White | M A L E | 337 254 6813 |
|  |  |  |  |  |  | ☐ American Indian or Alaska Native ☐ Asian ☐ Black or African American ☐ Hispanic or Latino ☐ Native Hawaiian or Other Pacific Islander ☐ White |  |  |

23. Nonimmigrant Alien Certification of Compliance With 18 U.S.C. 922(g)(5)(B). If additional space is needed, use a separate sheet.

18 U.S.C. 922(g)(5)(B) generally makes it unlawful for any nonimmigrant alien to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearms or ammunition; or to receive any firearms or ammunition which have been shipped or transported in interstate or foreign commerce. All nonimmigrant aliens listed in item 22 must complete the following information certifying compliance with 18 U.S.C. 922(g)(5)(B).

A. Name of Person Certifying Compliance          Last:                    First:                    Middle Initial:

B. Immigration and Customs Enforcement (ICE) Issued Alien Number or Admission Number (Previously INS Number):

C. Are you in possession of a valid hunting license or permit lawfully issued in the United States?    ☐ Yes    ☐ No

1. If you answered "NO," you likely cannot lawfully possess a firearm and therefore cannot be a Federal firearms licensee.
2. If you answered "YES," complete the following information, and attach a copy of the license or permit to the application.

Hunting License or Permit Number, if any          State of Issuance          Expiration Date, if any

| Give Full Details on a Separate Sheet for All "Yes" Answers in Items 24 and 25. | Yes | No |
|---|---|---|
| **24. Has Applicant or any Person Referred to in Item 22 Above:** A. Held a Federal Firearms License? | X |  |
| B. Been Denied a Federal Firearms License? |  | X |
| C. Been an Officer in a Corporation Holding a Federal Firearms License? |  | X |
| D. Been an Employee of a Federal Firearms Licensee? | X |  |
| E. Had a Federal Firearms License Revoked? |  | X |
| **25. Is Applicant or any Person Named in Item 22 Above:** A. Charged by Information or Under Indictment in any Court for a Felony, or any Other Crime for Which the Judge Could Imprison You for More Than One Year?[1] |  | X |
| B. A Fugitive from Justice? |  | X |
| C. An Alien Who is Illegally or Unlawfully in the United States? |  | X |
| D. Under 21 Years of Age? |  | X |
| E. An Unlawful User of, or Addicted to, Marijuana, or any Depressant, Stimulant or Narcotic Drug, or any other Controlled Substance? |  | X |
| F. Subject to a Court Order Restraining Him/Her from Harassing, Stalking, or Threatening his/her child or an intimate Partner or Child or Such Partner? |  | X |

ATF Form 7 (5310.12)
Revised May 2005

COPY 1 - ATF COPY

ATF-00714

| Give Full Details on a Separate Sheet for All "Yes" Answers in Item26. | | Yes | No |
|---|---|---|---|
| 26. Has Applicant of any Person Named in Item 22 Ever: | A. Been Convicted in any Court of a Felony, or any other crime for which the Judge Could Have Imprisoned You for More Than One Year, Even if You Received a Shorter Sentence, Including Probation?[2] | | X |
| | B. Been Discharged from the Armed Forces Under Dishonorable Conditions? | | X |
| | C. Been Adjudicated as a Mental Defective, Which Includes Having Been Adjudicated Incompetent to Manage Your Own Affairs, or Been Committed to any Mental Institution? | | X |
| | D. Renounced United States Citizenship? | | X |
| | E. Been Convicted in any Court of a Misdemeanor Crime of Domestic Violence? (See definition #3) | | X |

[1] "Information" is a formal accusation of crime made by a prosecuting attorney, as distinguished from an indictment presented by a grand jury.

[2] You may answer NO if (a) you have been pardoned for the crime or (b) the conviction has been expunged or set aside or (c) your civil rights have been restored AND you are not prohibited from possessing or receiving any firearms under the law where the conviction occurred.

27. Applicant Certification (Please read and initial each box)

The business to be conducted under the Federal Firearms License is not prohibited by State or local law at the premises shown in Item 5. This includes compliance with zoning ordinances.

Within 30 days after the application is approved, the business will comply with the requirements of State and local law applicable to the conduct of business.

Business will not be conducted under the license until the requirements of State and local law applicable to the business have been met.

A completed copy of this form has been sent (mailed or delivered) to the Chief Law Enforcement Officer of the locality in which the premises is located. (See Instruction #5.)

As required by 18 U.S.C. 923 (d)(1)(G), I certify that secure gun storage or safety devices will be available at any place in which firearms are sold under this Federal Firearms License to persons who are not licensees.

Name of Chief Law Enforcement Officer (CLEO)

Michael W. Neustrom

CLEO's Address (Include no., street, city, county, State, and ZIP Code)

Lafayette Parish Sheriff's Office 316 West Main Street Lafayette LA 70581

28. Certification: Under the penalties imposed by 18 U.S.C. 924, I declare that I have examined this application and the documents submitted in support thereof, and to the best of my knowledge and belief, they are true, correct and complete. This signature, when presented by a duly authorized representative of the Department of Justice, will constitute consent and authority for the appropriate Department of Justice representative to examine and obtain copies and abstracts of records and to receive statements and information regarding the background of all responsible persons. Specifically, I hereby authorize the release of the following data or records to ATF: Military information/records, medical information/ records, police and criminal records.

Attach 2 X 2 Photograph(s) Here

(See Instruction #10)

Sign Here

Title

member

Date

8-14-14

| For ATF Use Only | |
|---|---|
| 29. Application is [ ] Approved  [ ] Denied | Reasons for Denial of Application |

| Signature of Licensing Official | Date |
|---|---|
| | |

Information for the Chief Law Enforcement Officer

This form provides notification of a person's intent to apply for a Federal firearms license. It requires no action on your part. However, should you have information that may disqualify the person from obtaining a Federal firearms license, please contact the Federal Firearms Licensing Center at (404) 417-2750. A "Yes" answer to items #24, #25, and #26 could disqualify a person for a license. Also, ATF may not issue a license if the business would be in violation of State or local law.

Federal Firearms

JUL 0 9 2014

Licensing Center

ATF Form 7 (5310.12)
Revised May 2005

ATF-00715









eral Firearms
JUL 0 8 2014
Licensing Center

David Richard



Jeremiah Deere



Linda Richard



ATF-00716

8-14-14

572
Our existing License ending in 14369
is a type 01 we have decided to form
an LLC and operate as an 07 manufacturer

Jeremiah Deare

ATF-00717

# FIREARMS QUALIFICATION REPORT

**Name:** Daves Gunshop LLC        **UI#:** 777040-2014-0395-B1B
**Trade Name:** Daves Gunshop LLC    **FFL#:** 5-72-055-07-PA-04781

**Address:** 924 Kaliste Saloom Rd., Ste B
Lafayette, LA 70508

## 1 - Introduction

An appointment was made to conduct a qualification investigation with Mr. Jeremiah Deare of Daves Gunshop LLC. On August 14, 2014 IOIs John Cieutat (Lead) and Donna Hurstell conducted a qualification investigation at the business premise of Daves Gunshop LLC. IOIs Cieutat and Hurstell met with Mr. Jeremiah Deare, Member/Responsible Person. Mr. Deare was interviewed and identified by Louisiana driver's license #7847138 expiration 9/29/2015.

## 2 - Recommendation

Application Approved

## 3 - Application

IOI Cieutat reviewed the application with Mr. Deare and the following changes were made to ATF F 7 "Application for Federal Firearms License":

Item #1 (Name of corporation) was amended to reflect Daves Gunshop LLC
Item #11 (Total Fees) was amended to reflect $150
Item #22 (Responsible persons) was amended to reflect home phone numbers of each responsible person
Item #28 (Certification) was amended to reflect signature, title and date

All changes were initialed and dated by the applicant.

## 4 – Business Profile

Daves Gunshop LLC is a retail storefront business that intends to sell a large volume of new and used handguns, long guns and ammunition to the general public. Daves Gunshop LLC engages in manufacturing, gunsmithing, FFL transfers, occasional gun shows and internet gun sales via Gunbroker.com. Daves Gunshop LLC main suppliers will be RSR, Sport South, Bangers and Lipsey's. Daves Gunshop LLC intends to become an NFA manufacturer in order to manufacture AR and SBR's for resale. Mr. Deare informed IOIs Cieutat and Hurstell that the corporation would be applying for a SOT tax as soon as this license is issued.

This application is a result of Daves Gunshop (5-72-14369) forming a Limited Liability Company and changing from a 01-Dealer of Firearms to a 07-

Revised 5/15/14            Page 1 of 3

ATF-00718

# FIREARMS QUALIFICATION REPORT

| | | | |
|---|---|---|---|
| **Name:** | Daves Gunshop LLC | **UI#:** | 777040-2014-0395-B1B |
| **Trade Name:** | Daves Gunshop LLC | **FFL#:** | 5-72-055-07-PA-04781 |

Manufacutrer of Fireams. IOI Cieutat informed Mr. Deare that upon receipt of the new license issued to the LLC, all existing inventory would need to be disposed of to the new license. After the inventory is acquired by the new license, the existing license will be placed in out of business status. IOI Cieutat informed Mr. Deare of the process of gathering all records from the 01-Dealer of Firearms License (5-72-14369) and mailing them to the Out of Business Record Center. IOI Cieutat requested Mr. Deare contact him upon the arrival of the new license for assistance in closing out the existing 01 license.

## 5 - Ownership and Control

Daves Gunshop LLC is a Limited Liability Company which consists of three (3) members: David G. Richard, Linda Sue Richard and Jeremiah M. Deare. A review of the Federal Licensing Systems (FLS) confirmed the above information to be accurate.

IOI Cieutat queried the Louisiana Secretary of State corporation's database and observed that the applicant was in good standing. A copy of this certificate is attached as (**Exhibit #1**).

The applicant provided IOIs Cieutat and Hurstell with a copy of Daves Gunshop LLC articles of organization (**Exhibit #2**).

## 6 - Premises

Daves Gunshop LLC is located in an urban commercially zoned store front location. The business premise was suitable for firearms sales and manufacturing. The applicant was notified of the right of entry and that the records, inventory and premises are subject to inspection. The applicant provided the IOIs with a copy of the lease agreement (**Exhibit #3**).

## 7 - Regulatory Requirements

IOIs Cieutat and Hurstell reviewed with Mr. Deare the Acknowledgement of Federal Firearms Regulations (**Exhibit #4**). Mr. Deare signed and dated the Acknowledgement of Federal Firearms Regulations and a copy was provided to him. IOIs Cieutat and Hurstell discussed the requirement of gun storage and safety devices with Mr. Deare.

## 8 – Standard Operating Procedures

Daves Gunshop LLC maintains a computerized acquisition and disposition (A&D) book. Federal Firearms Transaction records (ATF F 4473) are maintained in

Revised 5/15/14                    Page 2 of 3

ATF-00719

# FIREARMS QUALIFICATION REPORT

**Name:** Daves Gunshop LLC                     **UI#:** 777040-2014-0395-B1B
**Trade Name:** Daves Gunshop LLC               **FFL#:** 5-72-055-07-PA-04781

chronological order. IOI Cieutat recommended that Mr. Deare maintain a separate
bound book for retail, manufacturing, NFA, and gunsmithing.

## 9 - Variance Request

No variances were requested at this time.

## 10 - Referrals

No referrals were made at this time.

## 11 – Other

All three responsible persons listed on the application were queried in NCIC via
OpenFox with no hits obtained.

_____    Industry Operations Investigator    8/18/2014
Signature                           Title                    Date of Report

## Index of Worksheets and Exhibits
**Exhibits:**

Exhibit #1: LLC Articles of Organization
Exhibit #2: Louisiana Secretary of State Corporation database printout
Exhibit #3: Landlord Letter of Authorization
Exhibit #4: Acknowledgement of Federal Firearms Regulations

Revised 5/15/14                    Page 3 of 3

ATF-00720



**Tom Schedler**
**Secretary of State**

# ARTICLES OF ORGANIZATION
### (R.S. 12:1301)

| **Domestic Limited Liability Company**<br>Enclose $75.00 filing fee<br>Make remittance payable to<br>Secretary of State<br>*Do not send cash* | **Return to: Commercial Division**<br>P. O. Box 94125<br>Baton Rouge, LA 70804-9125<br>Phone (225) 925-4704<br>Web Site: www.sos.la.gov |
| --- | --- |

STATE OF _Louisiana_

PARISH/COUNTY OF _Lafayette_

1. The name of this limited liability company is : _Daves Gunshop LLC_

2. This company is formed for the purpose of: (check one)

   (✓) Engaging in any lawful activity for which limited liability companies may be formed.

   ( ) _____
   (use for limiting activity)

3. The duration of this limited liability company is : (may be perpetual) _Perpetual_

4. Other provisions: _____

   _____

   _____

   _____

   Signatures:

   _Davy G Richard_

   _Linda Faye Richard_

On this _13th_ day of _MARCH_ , 20_12_, before me, personally appeared

_DAVID G. RICHARD_ , to me known to be the person described in and who

executed the foregoing instrument, and acknowledged that he/she executed it as his/her own free act.
**NOTARY NAME MUST BE TYPED OR PRINTED WITH NOTARY #**

_Pratt Hayes_
**Notary Signature**

**PRATT G. HAYES**
Notary Public ID # 051828
Lafayette Parish Louisiana
My Commission is For Life

(See instructions on back)

SS385 Rev. 09/11

Exhibit ___

**Tom Schedler**
**Secretary of State**



# LIMITED LIABILITY COMPANY INITIAL REPORT
(R.S. 12:1305 (E))

1. The name of this limited liability company is : _Daves Gunshop LLC_

2. The location and municipal address, not a post office box only, of this limited liability company's registered office:
   _924-B Kaliste Saloon Rd   Lafayette LA 78508_

3. The full name and municipal address, not a post office box only, of each of this limited liability company's registered agent(s) is/are:
   _David George Richard 924-B Kaliste Saloon, Lafayette, LA 70508_

4. The names and municipal addresses, not a post office box only, of the first managers, or the members:
   _David G. Richard 309 N. Girouard, Broussard, LA 70518_
   _Linda Sue Richard 309 N Girouard, Broussard LA 70518_
   _Jeremial M. Deare 1310 Dulles dr Bld F Lafayette LA 78506_

   To be signed by each person who signed the articles of organization:

   _David G. Richard_

   _Linda Sue Richard_

## AGENT'S AFFIDAVIT AND ACKNOWLEDGEMENT OF ACCEPTANCE

I hereby acknowledge and accept the appointment of registered agent for and on behalf of the above named limited liability company.

Registered agent(s) signature(s):

_David G. Richard_

Sworn to and subscribed before me, the undersigned Notary Public, on this date: _MARCH 13, 2012_
NOTARY NAME MUST BE TYPED OR PRINTED WITH NOTARY #

Notary Signature

**PRATT G. HAYES**
Notary Public ID # 051828
Lafayette Parish Louisiana
My Commission is For Life

SS973 Rev. 08/11

Exhibit ____
Page 2 of 3

STATE OF LOUISIANA
SECRETARY OF STATE

Commercial Division
(225) 925-4704

Fax Numbers
(225) 932-5317 Administrative Services
(225) 932-5314 Corporations
(225) 932-5318 UCC

TOM SCHEDLER
SECRETARY OF STATE



## TRANSMITTAL INFORMATION
### For All Business Filings

Please indicate below the level of service requested, payment and contact information

☐ Routine      ☐ Expedite $30
                  24 hour processing

☑ Check or Money Order Enclosed

☐ Credit Card Number: _____

Expiration Date: _____

Daves Gunshop
Business Name (List *exactly* as it appears in documents)

David G. Richard
Name of person filing document (evidence of filing will be mailed to this person, at address below)

924-B Kaliste Saloom Rd ~~Lafayette LA~~
Address

Lafayette            Louisiana            70508
City                 State                Zip Code

337-232-6791         337 232-6797         _____
Daytime phone number    Fax number        Email address

NOTE: Louisiana Law requires all Louisiana notaries to print or type their name and notary or
bar roll number on the document.

Mailing Address:  P. O. Box 94125, Baton Rouge, LA * 70804-9125
Office Location: 8585 Archives Ave.,  Baton Rouge, LA * 70809
Web Site Address:  www.sos.la.gov

SS984 Rev 09/11

Exhibit 1
Page 3 of 3

ATF-00723

**Tom Schedler**
**Secretary of State**

**State of**
**Louisiana**
**Secretary of**
**State**



**COMMERCIAL DIVISION**
**225.925.4704**

Fax Numbers
225.932.5317 (Admin. Services)
225.932.5314 (Corporations)
225.932.5318 (UCC)

| Name | Type | City | Status |
|---|---|---|---|
| DAVES GUNSHOP LLC | Limited Liability Company | LAFAYETTE | Active |

**Business:**    DAVES GUNSHOP LLC
**Charter Number:**    40778052K
**Registration Date:**    3/15/2012
**State Of Origin:**
**Domicile Address**
     924-B KALISTE SALOOM RD
     LAFAYETTE, LA 70508
**Mailing Address**
     C/O 924-B KALISTE SALOOM RD
     C/O 924-B KALISTE SALOOM RD
     LAFAYETTE, LA 70508

## Status

**Status:**    **Active**
**Annual Report Status:**    **In Good Standing**
**File Date:**    3/15/2012
**Last Report Filed:**    2/18/2014
**Type:**    Limited Liability Company

## Registered Agent(s)

| Agent: | DAVID GEORGE RICHARD |
|---|---|
| Address 1: | 924-B KALISTE SALOOM RD |
| City, State, Zip: | LAFAYETTE, LA 70508 |
| Appointment Date: | 3/15/2012 |

## Officer(s)

**Additional Officers: No**

| Officer: | DAVID G. RICHARD |
|---|---|
| Title: | Member |
| Address 1: | ▮▮▮▮▮▮ |
| City, State, Zip: | BROUSSARD, LA 70518 |

| Officer: | LINDA SUE RICHARD |
|---|---|

Exhibit __2__
Page __1__ of __2__

http://coraweb.sos.la.gov/commercialsearch/CommercialSearchDetails_Print.aspx?Charter...    7/30/2014

ATF-00724

| Title: | Member |
|---|---|
| Address 1: | ███████████ |
| City, State, Zip: | BROUSSARD, LA 70518 |

| Officer: | JEREMIAH M. DEARE |
|---|---|
| Title: | Member |
| Address 1: | 1310 DULLES DR |
| Address 2: | BLD F |
| City, State, Zip: | LAFAYETTE, LA 70506 |

## Amendments on File
**No Amendments on file**

Exhibit 2
Page 2 of 2

ATF-00725

019-019

To whom it may concern:

As the landowner I, Keith Menard, acknowledge that Daves Gunshop, LLC is operating as a firearms retailer and of new and used firearms at the location, 924 Kaliste Saloom rd Ste B Lafayette, LA 70508.

Sincerely,

Keith Menard

Exhibit __3__
Page __1__ of __1__

## Acknowledgement of Federal Firearms Regulations
Page references are in ATF P 5300.4** (Sept. 2005)

| Licensee Name: | UI Number: |
|---|---|
| **Daves Gunshop LLC** | **777040-2014-0395-B1B** |

| TOPIC | 18 U.S.C., 27 CFR & Other References | Page Number |
|---|---|---|
| **1. REQUIRED RECORDS & REPORTS** | | |
| Acquisition and Disposition Record | 478.125(e) | 66 |
| Computerized Acquisition and Disposition Record | ATF Ruling 2013-5 | |
| Transaction Record/ATF F 4473** | 478.124 | 63-65 |
| Identification Document | 478.11 | 37 |
| Report of Multiple Handgun Sales/ATF F 3310.4** | 478.126a | 68 |
| Report of Multiple Rifle Sales/ATF F 3310.12** (CA, AZ, NM, and TX FFLs ONLY) | 923(g)(5)(A) & Demand Letter 3 | 18 |
| Reporting Thefts or Losses/ATF F 3310.11** | 478.39a | 44 |
| Retention of Records | 478.129 | 68-69 |
| **2. CONDUCT OF BUSINESS** | | |
| Firearm Frame or Receiver | 478.11 | 36 |
| NICS Requirements | 478.102 & 478.131 www.fbi.gov/hq/cjisd/nics/index.htm | 54-55 & 69 |
| Secure Gun Storage or Safety Device | 921(a), 922(z), & 923(d)(1)(G) | 4 & 15-16 |
| Child Safety Lock Act | 18 U.S.C. 922(z) | 15-16 |
| Sales or Deliveries between Licensees | 478.94 & 478.95 | 52 |
| FFL EZ Check | www.atfonline.gov/fflezcheck | |
| Gun Show Guidelines** | 478.100 | 54 |
| Out of State/Mail Order and Internet Sales | 478.96 | 52 |
| Prohibited Sales and Deliveries | 478.99 | 53-54 |
| Ammunition - Age Requirements for Handgun Ammunition | 478.99(b)(1) | 53 |
| Sales to Law Enforcement Officers | 478.134 | 69-70 |
| Youth Handgun Safety Act- Sales of Handguns / Poster and Notices* | 478.103 | 55-56 |
| Obliterated Serial Number | 478.34 | 43 |
| Short Barreled Rifle & Shotgun | 478.11 | 39 |
| **3. LICENSES** | | |
| Engaged in the Business | 478.11 | 36 |
| Correction of Error | 478.48 | 48 |
| Posting of License | 478.91 | 50 |
| Renewal/Duration | 478.45 & 478.49 | 47 & 48 |
| Premises Covered | 478.50 | 48 |
| Reporting Changes of Address / ATF F 5300.38** | 478.52 | 48 |
| Reporting Changes in Trade Name | 478.53 | 48 |
| Reporting Changes of Control | 478.54 | 48 |
| Discontinuance of Business | 478.57 & 478.127 | 49 & 68 |
| **4. MISCELLANEOUS PROVISIONS** | | |
| Right of Entry and Examination | 478.23 | 40 |
| Tracing Request from ATF | 478.25a | 41 |
| "Straw" Purchase | 478.128 & General Info. # 15 | 68 & 165 |
| Curios or Relics / ATF P 5300.11** | 478.11 | 35 |
| Antique Firearm / Muzzleloader (Conversion Exceptions) | 478.11 & General Info. # 8(C) | 35-36 & 161 |
| Compliance with State Law Publication / ATF P 5300.5** | 478.24 | 40-41 |
| Consignment of Firearms | 478.124(a), Q&A Section F15, | 63 & 182-183 |
| Personal Firearms / ATF P 3312.8** | 478.125a | 67 |
| Firearm Transportation | 478.38 | 44 |
| **5. STATE LAWS AND LOCAL ORDINANCES** | | |
| Review of basic requirements including additional licenses, waiting periods, concealed carry permits, and firearms permits. | | |
| **6. GUNSMITH ACTIVITIES**    N/A [  ] | | |
| Gunsmithing Definition | 478.11 - Engaged in the business (d) | 36 |
| Gunsmith Recordkeeping | 478.124(a) & .125(e), ATF Ruling 77-1 | 63,66 & 125-126 |
| Return of Repaired Firearm | 478.124(a), Q&A Section I | 63 & 184 |
| Firearms & Ammunition Excise Tax - Contact Tax & Trade Bureau | www.ttb.gov/firearms | 877-882-3277 |

Exhibit 4

Page 1 of 2

** Provide a copy of the form or publication (or refer to www.atf.gov for an e-copy) and explain the requirements for completing the forms.    Page 1 of 2

ATF-00727

## Acknowledgement of Federal Firearms Regulations
Page references are in ATF P 5300.4** (Sept. 2005)

| Licensee Name: | UI Number: |
|---|---|
| **Daves Gunshop LLC** | **777040-2014-0395-B1B** |

| **TOPIC** | **18 U.S.C., 27 CFR & Other References** | **Page Number** |
|---|---|---|
| **7. FIREARMS & AMMUNITION MANUFACTURERS** | N/A | |
| Manufacturer Definition | 478.11 and 479.11 | 37 & 82 |
| Markings | 478.92 , 479.102, Rulings 9-5, 12-1 & 13-3 | 50-51 & 91-92 |
| Records | 478.123 & 478.125(i), ATF Ruling 10-8 | 63 & 184 |
| Annual Firearms Manufacturing & Exportation Report / ATF F 5300.11** | | |
| Firearms & Ammunition Excise Tax-Contact Tax & Trade Bureau | www.ttb.gov/firearms | 877-882-3277 |
| NFA Firearms | 479.103 | 92 |
| Special Occupational Tax / ATF F 5630.7** | 479.31-479.37 | 84-86 |
| **8. NFA DEALER** | N/A | |
| Authorized Operations | ATF Ruling 76-22 | 125 |
| NFA Firearms | Part 479 | 79-97 |
| General Information / ATF P 5320.8** | Q&A Section M | 186-189 |
| Forms used to transfer NFA items | NFA Forms 1,2,3,4 & 5** | |
| Special Occupational Tax / ATF F 5630.7** | 479.31-479.37 | 84-86 |
| **9. IMPORTER** | N/A | |
| Importer Definition | 478.11 | 37 |
| Importation Acquisition & Disposition Record | 478.122 & 478.125(i), ATF Ruling 11-1 | 62 & 67 |
| Markings | 478.92/112(d)(2) & 479.102, Ruling 13-3 | 50-51, 59 & 91-92 |
| ATF Forms 6 and 6A** | 478.112 | 57-58 |
| Firearm & Ammunition Excise Tax-Contact Tax & Trade Bureau | www.ttb.gov/firearms | 877-882-3277 |
| NFA Firearms | 479.111-479.113 | 93-95 |
| **10. EXPORTATION** | N/A | |
| Arms Export Control Act of 1976 | 22 U.S.C. 2778 | 98-100 |
| **11. SCHOOL ZONE** | N/A | ATF P 5310.1** |

If the FFL's premises falls within a school zone, firearms in possession of FFL's customers must be unloaded and placed in a locked container or in a locked firearms rack that is on a motor vehicle. Also, the FFL should use specific means to ensure that their customers are not in violation of 18 U.S.C. 922(q). For example, the FFL could advise the customer of State permits/license options or the use of lockable containers. Refer to 18 U.S.C. 921(a)25 on page 7 for the full definition of "School Zone".

**12. GENERAL QUESTIONS AND ANSWERS**      169-201

Investigator    John Cieutat, IOI    explained this information to me on   8 / 14 / 14 and answered my questions regarding this information. I have received a copy of this for my records as a reference. I understand that this is only a general overview of the regulations and that I will be responsible for familiarizing myself with all of the laws and regulations governing my licensed firearms business.

_____ 8-14-14      _____ 8/14/14
Applicant's/Licensee's Signature and Date      ATF Investigator Signature and Date

**ATF Office Contact #: (          )**
**ATF Website:  www.atf.gov**

**REPORTING THEFTS:**   888-930-9275
     800-800-3855

| | |
|---|---|
| Federal Firearms Licensing Center | 866-662-2750 |
| Firearms Tracing Center | 800-788-7133 |
| Firearms Imports Branch | 304-616-4550 |
| National Firearms Act (NFA) Branch | 304-616-4500 |
| Firearms Technology Branch | 304-260-1699 |
| Firearms Industry Programs Branch | 202-648-7190 |
| Distribution Center / Forms | 703-870-7526 |

*Revised 5/15/2014*

Exhibit 4
Page 2 of 2

** Provide a copy of the form or publication (or refer to www.atf.gov for an e-copy) and explain the requirements for completing the forms.    Page 2 of 2

ATF-00728

# FFL QUALIFICATION WORKNOTE

| FFL Number: | 5-72-055-07-PA-04781 | | Type of Application: | 7 |
|---|---|---|---|---|
| Licensee Name: | Daves Gunshop LLC | | | |
| Trade Name: | | | | |
| Premises Address: | 924 Kaliste Saloom Rd., Ste B. Lafayette, LA 70506 | | | |
| Mailing Address: | Same | | | |
| Website: | | Email: | | |
| Telephone: (Business) | (337) 232-6791 | Telephone: (Residence) | | |

## ATTEMPTS TO CONTACT

| Date & Results: | 1st : | 2nd : | |
|---|---|---|---|
| | 3rd : | Letter Date: | |

## IDENTIFYING INFORMATION

| Person interviewed: | Jeremiah Deare | Aliases: | |
|---|---|---|---|
| Driver's License # | LADL #7847138 | Soc. Sec. # 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 | |

## LICENSE INFORMATION

| Business is: | ☐ Sole Proprietor | ☐ Corporation | ☐ Partnership | ☑ Other (i.e. LLC) |
|---|---|---|---|---|
| Are all responsible persons listed on application? | | Yes | | |
| Are hours of operation correct? | Yes | | | |

## BUSINESS PREMISES

| Business Premises is: | ☐ Owned | ☑ Rented/Leased | (If not owned, note below method used to ensure activity is authorized) Letter attached | |
|---|---|---|---|---|
| Premises setting is: | ☑ Urban | ☐ Suburban | ☐ Rural | Business premises is: | ☑ Commercial |
| Location on premises of business: | | | | ☐ Residential |

## ZONING INFORMATION

| Name of City/Town: | Lafayette | |
|---|---|---|
| City/Town Office Address: | Lafayette | |
| Telephone: | Contact person & title: | |
| Did applicant contact zoning? | Yes, occupational license granted | |
| Date zoning verified by investigator: | Results: | |

## BUSINESS ACTIVITY

| Activity: | Long guns: ☑ New ☑ Used | Handguns: ☑ New ☑ Used | ☐ Paramilitary | ☑ NFA |
|---|---|---|---|---|
| | ☑ Gunsmithing ☑ Reloading | ☐ Black Powder Sales (If checked, FEL #) | | |
| Clientele: ☑ General Public | ☑ Family/Friends | ☑ Gov't/LE | ☑ Dealers | |
| Applicant will sell at: ☑ Gun Shows | ☐ Flea Markets | ☐ Gun Shows exclusively | ☑ Internet | |
| Principal suppliers: | RSR, Sport South, Bangers & Lipsey's | | | |
| Is applicant a major distributor for wholesalers? | | | | |
| Anticipated website(s) for Internet transfers: | | | | |

## OTHER PERMITS/BUSINESS INFORMATION

| State firearms license #: | EIN: | 721466571 | |
|---|---|---|---|
| Other license/permit: | | | |
| Complete Acknowledgement of Federal Firearms Regulations: | | YES | |
| Prepare Inspector Safety & Security Profile for the Area Office File: | | NO | |
| REFERRALS TO: | ☐ ATF-CE | ☐ State Police | ☐ Zoning ☐ Other: |
| If applicant is successor, disposition of records/inventory: | | | |
| REMARKS: | | | |

| Prepared By: | Donna Hurstell, IOI | Date: | 08/18/14 |
|---|---|---|---|

*Revised 5/15/2014*

ATF-00729