U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives
*Enforcement Programs and Services*

# ATF
## Important Notice to FFLs and Other Participants at Gun Shows



U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives
Firearms Industry Programs Branch
99 New York Avenue, NE.
Washington, DC 20226

www.atf.gov

ATF Information 5300.23A
Revised October 2016

## How To Contact Us

If you have any questions relating to your Gun Show responsibilities, please contact:

Bureau of Alcohol, Tobacco, Firearms and Explosives
Firearms Industry Programs Branch
    99 New York Avenue, NE.
    Washington, DC 20226
    Telephone: (202) 648-7190
    Fax: (202) 648-9601
    fipb@atf.gov

To contact your local ATF office go to:
https://www.atf.gov/contact/atf-field-divisions

To report suspected illegal firearms activities, please call 1-800-ATF-GUNS (1-800-283-4867).



**PROTECTING THE PUBLIC
SERVING OUR NATION**

035-001

Cieutat-00050

GOVERNMENT EXHIBIT 35

# GUN SHOW GUIDELINES

*This notice applies to activities permitted at qualifying gun shows, as defined in Title 27 of the Code of Federal Regulations, Section 478.100. Federal firearms licensees ("FFLs" or "Dealers") may only sell firearms at gun shows within the State in which their licensed premises is located. Furthermore, all activities must be in compliance with Federal, State and local laws/ordinances.*

## FFLs Licensed Within The State

**Must** display license.

**Must** comply with all recordkeeping requirements of ATF regulations concerning acquisitions and dispositions of firearms, including the recording of the place of sale.

**May** dispose of handguns (pistol or revolver) to residents of the State only, provided that the purchaser is at least 21 years of age and all background check and recordkeeping requirements have been met.

**May** dispose of long guns (rifle or shotgun) to residents of any State, provided that the purchaser is at least 18 years of age, the laws of both States are complied with, and all background check and recordkeeping requirements have been met.

**May** dispose of frame, receiver, or firearm having a pistol grip that expels a shotgun shell to residents within the State only, provided that the purchaser is at least 21 years of age and all background check and recordkeeping requirements have been met.

**May** dispose of firearms to any FFL as long as all applicable recordkeeping requirements have been met.

**May** acquire firearms from any FFL licensed within the State and from any non-licensed individual, provided the laws within the States and all recordkeeping requirements have been met.

**May** take orders for any firearm from a non-licensee and ship the same to a licensee within the purchaser's State of residence from whom the purchaser can then take possession if all recordkeeping requirements have been met.
Note: The licensee within the purchaser's State of residence must comply with all background check and recordkeeping requirements.

## FFLs Not Licensed Within The State

**Must** display license.

**Must** comply with all ATF recordkeeping requirements concerning the acquisition of firearms.

**May** acquire firearms from any FFL licensed within the State and from any non-licensed individual, provided all recordkeeping requirements are met.

**May** make a transfer of a curio or relic firearms to any other FFL licensed in any State as long as there is compliance with the laws of both States and all recordkeeping requirements are met.

**May** ship curio or relic firearms to any other FFL.

**May** display and take orders but may not conduct transfers other than curio or relic firearms.

## Non-Licensed Residents Within The State

**May** acquire long guns (rifle or shotgun), handguns (pistol or revolver), frames, receivers, or firearms having a pistol grip that expels a shotgun shell from FFLs licensed within the State, provided all age, background checks and recordkeeping requirements have been met.

**May** dispose of personal firearms to any FFL.

**May** acquire from and dispose of personal firearms to non-licensed residents of the State. However, non-licensed individuals may not be engaged in the business of dealing in firearms without a Federal firearms license.

**Cannot** acquire from or dispose of firearms to non-licensed residents of any other State.

**Cannot** ship in interstate commerce, except to themselves or an FFL, a firearm that has otherwise been lawfully acquired; must, when shipping to themselves, declare the firearm to the commercial or contract carrier.
Note: Carriers may have additional requirements.

## Non-Licensed Residents From Another State

**May** dispose of personal firearms to any FFL.

**May** acquire long guns (rifle or shotgun) only from FFLs licensed within the State, provided the laws of both States are complied with, and all age, background checks and recordkeeping requirements have been met.

**May** order firearms from any FFL and have them shipped to an FFL in their State of residence in accordance with State and Federal law.
Note: Carriers may have additional requirements.

**Cannot** acquire handguns (pistol or revolver).

**Cannot** acquire frames, receivers, or firearms having a pistol grip that expel a shotgun shell.

**Cannot** acquire from or dispose of firearms to non-licensed individuals.

035-002

Cieutat-00051

## Contact ATF:

The local ATF office will also be making preparations and can provide assistance. ATF can be contacted via the 24-hour hotline: 1-800-800-3855.

The following Web sites contain information and guidance in business disaster preparedness:

### www.atf.gov
ATF's Web site has information and downloadable forms for FFLs.

### www.ready.gov
This Department of Homeland Security site contains information on emergency preparedness for families, children and businesses.

### www.sba.gov/services/disasterassistance
The Small Business Administration site provides information on how to prepare for disasters and the SBA's disaster loan program.

### www.fema.gov/business/guide/index.shtm
This site offers free, step by step advice on how to create and maintain a comprehensive emergency management program.



### www.redcross.org
This site offers free materials regarding disaster planning and recovery.

### www.ibhs.org and www.nfib.com
The Institute for Business and Home Safety and the National Federation of Independent Business sites offer a variety of tools designed for small business owners to reduce potential loss and to reopen quickly.

### www.noaa.gov
The National Oceanographic and Atmospheric Administration site contains a link to active weather alerts across the U.S.

### www.usa.gov/Citizen/Topics/PublicSafety.shtml
This General Services Administration site contains an enormous amount of information about the U.S. Government and its programs including this link to Public Safety and Law Enforcement resources who respond to disasters.

State government home pages. These sites usually consist of the state's name followed by "gov." Many of these sites contain links to emergency management agencies, public safety departments, and small business offices.

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives
99 New York Avenue, NE
Washington, DC 20226

For more information about ATF visit:
www.atf.gov

**ATF Publication 3317.7**
December 2009

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives
Office of Enforcement Programs and Services

# ATF
## Disaster Preparedness for Federal Firearms Licensees



035-003

Cieutat-00052

## What is Disaster Preparedness for a Federal Firearms Licensee (FFL)?

Disaster preparedness is the process that an FFL takes to prepare for, minimize the effects of, and recover from an event that causes any disruption to its business.

## What Constitutes a Disaster?

Disasters are generally considered natural events such as a flood, hurricane, tornado, wildfire, earthquake, and severe storm (i.e. ice storm). However, devastating business disruptions can also be caused by power outages, computer system failure, explosions, chemical spills, civil disturbance, structural fire, and criminal acts.

## Why Establish a Disaster Preparedness Plan?

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) recommends that all FFLs prepare a Disaster Preparedness Plan. FFLs have a two-fold interest in having a plan in place: the need to safeguard their business to facilitate a quick recovery and the need to protect the public from the risk of theft/loss of firearms and ammunition.

Having a Disaster Preparedness Plan is the best way for FFLs to anticipate, prepare for, mitigate the effect of, and recover from a business disruption. Events such as hurricanes Katrina and Rita have proved that businesses can be struck by real threats to both business and to life.

Having a plan can prevent unnecessary loss of life and ensure that a business can recover. A thorough plan, based on a worst-case scenario, can also serve to address non-catastrophic, minor disruptions to business.

## Sample Disaster Plan Checklist:

The following sample five part checklist is provided to assist in reviewing existing disaster preparedness and ability to respond and recover:

- RECORDS: Create and maintain a current set of records that includes insurance policies, suppliers and contact lists, and computer records backup. Store these in fire and water proof locations. Keep current copies of important records off-site. If a disaster is imminent, contact ATF to seek approval to remove all business records to a safe location.

- EMPLOYEES: Maintain a list of all employees' phone numbers, and if warranted, create a phone tree for notifications. Establish a plan under which, in the event of disaster, employees know whom to call to report that they are safe.

- INVENTORY: Conduct an inventory and ensure that records are up to date. These will be vital to assisting law enforcement and establishing losses for insurance purposes. Secure your inventory by utilizing safes, cable locks and other measures that can deter burglaries and looting. If a disaster is imminent, consider relocating inventory. FFLs are encouraged to inform ATF of the new firearms inventory location.

- INSURANCE: Review your policy annually. Most policies do not cover floods and other natural disasters. Consider enhancements to your policy for more complete coverage and reimbursement for business disruption in addition to physical losses.

- SECURITY: Review your alarm system and consider updating antequated systems like VCR cameras. Consider having more than one security service evaluate your current system.

035-004

Cieutat-00053