## CLASSIC ARMS PRODUCTIONS GUN & KNIFE SHOWS, LLC.
P.O. BOX 654, MANDEVILLE, LA 70470 - (985) 624-8577

Date Reserved: 12/10/17

NAME: Jerimiah Deare
DBA:
Address: _____ City: _____ State: ____ Zip: ____
Telephone: _____ MERCHANDISE _____
Email: _____
Show Location: LFT    Date: 2/10-2/11/18
Reserve: 3    8' spaces at: $ _____

| | | | DEPOSIT | BALANCE |
|---|---|---|---|---|
| AMOUNT OF ACCOUNT | 210 | CASH | ✓ | |
| DEPOSIT | 210 | CHECK | | |
| BALANCE DUE | 0 | MONEY ORDER | | |

I understand that by signing this document, I have entered into a binding, written contract whereby I agree to abide by the show rules and comply with all federal, state and local laws. I understand that I am responsible for all tables in my name and I do not hold Classic Arms Productions Gun & Knife Shows, LLC responsible for my property. The show management, Classic Arms Productions Gun & Knife Shows, LLC, and its sponsors, agents, and employees are not responsible for any injury, loss, or damage from any cause whatsoever that may be suffered by an exhibitor, his employees, or those in his party, or to his or their possession. The exhibitor expressly releases the show management, and his staff, agents, and or individuals and employees for such loss or damage. No responsibility is assumed by the show management, Classic Arms Productions Gun & Knife Shows, LLC, its agents, or employees for goods delivered to the show site, or for items left on the show premises before, during or after the show. In the event it shall become necessary for Classic Arms Productions Gun & Knife Shows, LLC, to employ an attorney or agency to collect any sums of money due it, the exhibitor agrees to pay all costs of collection, including reasonable attorney's fees. Furthermore, in the event it shall become necessary for Classic Arms Productions Gun & Knife Shows, LLC, to employ an attorney to defend against any lawsuit due to any action caused either directly or indirectly by the exhibitor and/or the exhibitor's staff, agents, and/or employees, the exhibitor agrees to pay for all costs incurred from lawsuits, inclucing reasonable attorney's fees. Classic Arms Productions Gun & Knife Shows, LLC reserve the right to refuse the exhibitor rental of table space.

O.K. BY _____ CLASSIC ARMS      SIGNED BY _____ EXHIBITOR SIGNATURE

I also understand that I am to stay until the show closes each day and that if I leave early I will jeopardize my participation at future shows.

**TABLES SOLD ON A FIRST COME, FIRST SERVED BASIS**

---

## CLASSIC ARMS PRODUCTIONS GUN & KNIFE SHOWS, LLC.
P.O. BOX 654, MANDEVILLE, LA 70470 - (985) 624-8577

Date Reserved: 2/11/18

NAME: Jim Deare
DBA:
Address: _____ City: _____ State: ____ Zip: ____
Telephone: _____ MERCHANDISE _____
Email: _____
Show Location: LF    Date: 4/20-21/18
Reserve: 3    8' spaces at: $ _____

| | | | DEPOSIT | BALANCE |
|---|---|---|---|---|
| AMOUNT OF ACCOUNT | 210 | CASH | ✓ | |
| DEPOSIT | 210 | CHECK | | |
| BALANCE DUE | 0 | MONEY ORDER | | |

I understand that by signing this document, I have entered into a binding, written contract whereby I agree to abide by the show rules and comply with all federal, state and local laws. I understand that I am responsible for all tables in my name and I do not hold Classic Arms Productions Gun & Knife Shows, LLC responsible for my property. The show management, Classic Arms Productions Gun & Knife Shows, LLC, and its sponsors, agents, and employees are not responsible for any injury, loss, or damage from any cause whatsoever that may be suffered by an exhibitor, his employees, or those in his party, or to his or their possession. The exhibitor expressly releases the show management, and his staff, agents, and or individuals and employees for such loss or damage. No responsibility is assumed by the show management, Classic Arms Productions Gun & Knife Shows, LLC, its agents, or employees for goods delivered to the show site, or for items left on the show premises before, during or after the show. In the event it shall become necessary for Classic Arms Productions Gun & Knife Shows, LLC, to employ an attorney or agency to collect any sums of money due it, the exhibitor agrees to pay all costs of collection, including reasonable attorney's fees. Furthermore, in the event it shall become necessary for Classic Arms Productions Gun & Knife Shows, LLC, to employ an attorney to defend against any lawsuit due to any action caused either directly or indirectly by the exhibitor and/or the exhibitor's staff, agents, and/or employees, the exhibitor agrees to pay for all costs incurred from lawsuits, inclucing reasonable attorney's fees. Classic Arms Productions Gun & Knife Shows, LLC reserve the right to refuse the exhibitor rental of table space.

O.K. BY _____ CLASSIC ARMS      SIGNED BY _____ EXHIBITOR SIGNATURE

I also understand that I am to stay until the show closes each day and that if I leave early I will jeopardize my participation at future shows.

**TABLES SOLD ON A FIRST COME, FIRST SERVED BASIS**

---

## CLASSIC ARMS PRODUCTIONS GUN & KNIFE SHOWS, LLC.
P.O. BOX 654, MANDEVILLE, LA 70470 - (985) 624-8577

Date Reserved: 4/20/18

NAME: Jerimiah Deare
DBA:
Address: _____ City: _____ State: ____ Zip: ____
Telephone: _____ MERCHANDISE _____

| | | DEPOSIT | BALANCE |
|---|---|---|---|
| AMOUNT OF | | | |
| CASH | | | |

**GOVERNMENT EXHIBIT 104**

ATF-00086

A1

# CLASSIC ARMS PRODUCTIONS GUN & KNIFE SHOWS, LLC.
P.O. BOX 654, MANDEVILLE, LA 70470 - (985) 624-8577

Date Reserved: 6/8/18

NAME: Jeremiah Deare    DBA: ____

Address: ____  City: ____  State: ____  Zip: ____

Telephone: ____   MERCHANDISE ____

Email: ____

Show Location: LF    Date: 8/4-5/18

Reserve: 3    8' spaces at: $ ____

| | | | |
|---|---|---|---|
| AMOUNT OF ACCOUNT | 210 | CASH | |
| | | DEPOSIT | BALANCE |
| DEPOSIT | 210 | CHECK | 5698 |
| BALANCE DUE | 0 | MONEY ORDER | |

I understand that by signing this document, I have entered into a binding, written contract whereby I agree to abide by the show rules and comply with all federal, state and local laws. I understand that I am responsible for all tables in my name and I do not hold Classic Arms Productions Gun & Knife Shows, LLC responsible for my property. The show management, Classic Arms Productions Gun & Knife Shows, LLC, and its sponsors, agents, and employees are not responsible for any injury, loss, or damage from any cause whatsoever that may be suffered by an exhibitor, his employees, or those in his party, or to his or their possession. The exhibitor expressly releases the show management, and his staff, agents, and or individuals and employees for such loss or damage. No responsibility is assumed by the show management, Classic Arms Productions Gun & Knife Shows, LLC, its agents, or employees for goods delivered to the show site, or for items left on the show premises before, during or after the show. In the event it shall become necessary for Classic Arms Productions Gun & Knife Shows, LLC, to employ an attorney or agency to collect any sums of money due it, the exhibitor agrees to pay all costs of collection, including reasonable attorney's fees. Furthermore, in the event it shall become necessary for Classic Arms Productions Gun & Knife Shows, LLC, to employ an attorney to defend against any lawsuit due to any action caused either directly or indirectly by the exhibitor and/or the exhibitor's staff, agents, and/or employees, the exhibitor agrees to pay for all costs incurred from lawsuits, including reasonable attorney's fees. Classic Arms Productions Gun & Knife Shows, LLC reserve the right to refuse the exhibitor rental of table space.

O.K. BY ____ CLASSIC ARMS    X SIGNED BY ____ EXHIBITOR SIGNATURE

I also understand that I am to stay until the show closes each day and that if I leave early I will jeopardize my participation at future shows.

**TABLES SOLD ON A FIRST COME, FIRST SERVED BASIS**

---

A9

# CLASSIC ARMS PRODUCTIONS GUN & KNIFE SHOWS, LLC.
P.O. BOX 654, MANDEVILLE, LA 70470 - (985) 624-8577

Date Reserved: LN 9/10/18

NAME: Jeremiah Deare    DBA: ____

Address: ____  City: ____  State: ____  Zip: ____

Telephone: ____   MERCHANDISE ____

Email: ____

Show Location: LF    Date: 9/22-23/18

Reserve: 3    8' spaces at: $ ____

| | | | |
|---|---|---|---|
| AMOUNT OF ACCOUNT | 225 | CASH | |
| | | DEPOSIT | BALANCE |
| DEPOSIT | 225 | CHECK | |
| BALANCE DUE | 0 | MONEY ORDER | |

I understand that by signing this document, I have entered into a binding, written contract whereby I agree to abide by the show rules and comply with all federal, state and local laws. I understand that I am responsible for all tables in my name and I do not hold Classic Arms Productions Gun & Knife Shows, LLC responsible for my property. The show management, Classic Arms Productions Gun & Knife Shows, LLC, and its sponsors, agents, and employees are not responsible for any injury, loss, or damage from any cause whatsoever that may be suffered by an exhibitor, his employees, or those in his party, or to his or their possession. The exhibitor expressly releases the show management, and his staff, agents, and or individuals and employees for such loss or damage. No responsibility is assumed by the show management, Classic Arms Productions Gun & Knife Shows, LLC, its agents, or employees for goods delivered to the show site, or for items left on the show premises before, during or after the show. In the event it shall become necessary for Classic Arms Productions Gun & Knife Shows, LLC, to employ an attorney or agency to collect any sums of money due it, the exhibitor agrees to pay all costs of collection, including reasonable attorney's fees. Furthermore, in the event it shall become necessary for Classic Arms Productions Gun & Knife Shows, LLC, to employ an attorney to defend against any lawsuit due to any action caused either directly or indirectly by the exhibitor and/or the exhibitor's staff, agents, and/or employees, the exhibitor agrees to pay for all costs incurred from lawsuits, including reasonable attorney's fees. Classic Arms Productions Gun & Knife Shows, LLC reserve the right to refuse the exhibitor rental of table space.

O.K. BY ____ CLASSIC ARMS    SIGNED BY ____ EXHIBITOR SIGNATURE

I also understand that I am to stay until the show closes each day and that if I leave early I will jeopardize my participation at future shows.

**TABLES SOLD ON A FIRST COME, FIRST SERVED BASIS**

---

J9

# CLASSIC ARMS PRODUCTIONS GUN & KNIFE SHOWS, LLC.
P.O. BOX 654, MANDEVILLE, LA 70470 - (985) 624-8577

Date Reserved: 9/21/18

NAME: Jeremiah Deare    DBA: ____

Address: ____  City: ____  State: ____  Zip: ____

MERCHANDISE ____

| | | |
|---|---|---|
| AMOUNT | | DEPOSIT / BALANCE |

ATF-00087

104-002

## CLASSIC ARMS PRODUCTIONS GUN & KNIFE SHOWS, LLC.

P.O. BOX 654, MANDEVILLE, LA 70470 - (985) 624-8577

Date Reserved: 12/11/18

- **NAME:** Jeremiah Deare
- **DBA:**
- **Address:**
- **City:**
- **State:**
- **Zip:**
- **Telephone:**
- **Email:**
- **MERCHANDISE:**
- **Show Location:** PP 62
- **Date:** Jan 5-6, 19
- **Reserve:** 3
- **8' spaces at: $**

| | Amount | | | Deposit | Balance |
|---|---|---|---|---|---|
| AMOUNT OF ACCOUNT | 225 | CASH | | | |
| DEPOSIT | 225 | CHECK | 6066 | | |
| BALANCE DUE | 0 | MONEY ORDER | | | |

I understand that by signing this document, I have entered into a binding, written contract whereby I agree to abide by the show rules and comply with all federal, state and local laws. I understand that I am responsible for all tables in my name and I do not hold Classic Arms Productions Gun & Knife Shows, LLC responsible for my property. The show management, Classic Arms Productions Gun & Knife Shows, LLC, and its sponsors, agents, and employees are not responsible for any injury, loss, or damage from any cause whatsoever that may be suffered by an exhibitor, his employees, or those in his party, or to his or their possession. The exhibitor expressly releases the show management, and his staff, agents, and or individuals and employees for such loss or damage. No responsibility is assumed by the show management, Classic Arms Productions Gun & Knife Shows, LLC, its agents, or employees for goods delivered to the show site, or for items left on the show premises before, during or after the show. In the event it shall become necessary for Classic Arms Productions Gun & Knife Shows, LLC, to employ an attorney or agency to collect any sums of money due it, the exhibitor agrees to pay all costs of collection, including reasonable attorney's fees. Furthermore, in the event it shall become necessary for Classic Arms Productions Gun & Knife Shows, LLC, to employ an attorney to defend against any lawsuit due to any action caused either directly or indirectly by the exhibitor and/or the exhibitor's staff, agents, and/or employees, the exhibitor agrees to pay for all costs incurred from lawsuits, including reasonable attorney's fees. Classic Arms Productions Gun & Knife Shows, LLC reserve the right to refuse the exhibitor rental of table space.

O.K. BY _____ CLASSIC ARMS       SIGNED BY _____ EXHIBITOR SIGNATURE

I also understand that I am to stay until the show closes each day and that if I leave early I will jeopardize my participation at future shows.

**TABLES SOLD ON A FIRST COME, FIRST SERVED BASIS**

---

## CLASSIC ARMS PRODUCTIONS GUN & KNIFE SHOWS, LLC.

P.O. BOX 654, MANDEVILLE, LA 70470 - (985) 624-8577

Date Reserved: 12/06/18

- **NAME:** Jeremiah Deare
- **DBA:**
- **Address:**
- **City:**
- **State:**
- **Zip:**
- **Telephone:**
- **Email:**
- **MERCHANDISE:**
- **Show Location:** LF
- **Date:** 2/16-17/19
- **Reserve:**
- **8' spaces at: $**

| | Amount | | | Deposit | Balance |
|---|---|---|---|---|---|
| AMOUNT OF ACCOUNT | 210 | CASH | ✓ | | |
| DEPOSIT | 210 | CHECK | | | |
| BALANCE DUE | 0 | MONEY ORDER | | | |

I understand that by signing this document, I have entered into a binding, written contract whereby I agree to abide by the show rules and comply with all federal, state and local laws. I understand that I am responsible for all tables in my name and I do not hold Classic Arms Productions Gun & Knife Shows, LLC responsible for my property. The show management, Classic Arms Productions Gun & Knife Shows, LLC, and its sponsors, agents, and employees are not responsible for any injury, loss, or damage from any cause whatsoever that may be suffered by an exhibitor, his employees, or those in his party, or to his or their possession. The exhibitor expressly releases the show management, and his staff, agents, and or individuals and employees for such loss or damage. No responsibility is assumed by the show management, Classic Arms Productions Gun & Knife Shows, LLC, its agents, or employees for goods delivered to the show site, or for items left on the show premises before, during or after the show. In the event it shall become necessary for Classic Arms Productions Gun & Knife Shows, LLC, to employ an attorney or agency to collect any sums of money due it, the exhibitor agrees to pay all costs of collection, including reasonable attorney's fees. Furthermore, in the event it shall become necessary for Classic Arms Productions Gun & Knife Shows, LLC, to employ an attorney to defend against any lawsuit due to any action caused either directly or indirectly by the exhibitor and/or the exhibitor's staff, agents, and/or employees, the exhibitor agrees to pay for all costs incurred from lawsuits, including reasonable attorney's fees. Classic Arms Productions Gun & Knife Shows, LLC reserve the right to refuse the exhibitor rental of table space.

O.K. BY _____ CLASSIC ARMS       SIGNED BY _____ EXHIBITOR SIGNATURE

I also understand that I am to stay until the show closes each day and that if I leave early I will jeopardize my participation at future shows.

**TABLES SOLD ON A FIRST COME, FIRST SERVED BASIS**

---

## CLASSIC ARMS PRODUCTIONS GUN & KNIFE SHOWS, LLC.

P.O. BOX 654, MANDEVILLE, LA 70470 - (985) 624-8577

Date Reserved: 2/17/19

- **NAME:** Jeremiah Deare
- **DBA:** Hold tables
- **Address:**

## CLASSIC ARMS PRODUCTIONS GUN & KNIFE SHOWS, LLC.
P.O. BOX 654, MANDEVILLE, LA 70470 - (985) 624-8577

Date Reserved: 8/26/19

NAME: Jerimiah Deare    DBA: ___

Address: ___    City: ___    State: ___    Zip: ___

Telephone: ___    MERCHANDISE: ___

Email: ___

Show Location: GZ    Date: 9/7-8/19

Reserve: 3    8' spaces at: $ ___

| | AMOUNT OF ACCOUNT | 225 | CASH | | DEPOSIT | BALANCE |
|---|---|---|---|---|---|---|
| | DEPOSIT | 225 | CHECK | 6173 | | |
| | BALANCE DUE | 0 | MONEY ORDER | | | |

I understand that by signing this document, I have entered into a binding, written contract whereby I agree to abide by the show rules and comply with all federal, state and local laws. I understand that I am responsible for all tables in my name and I do not hold Classic Arms Productions Gun & Knife Shows, LLC responsible for my property. The show management, Classic Arms Productions Gun & Knife Shows, LLC, and its sponsors, agents, and employees are not responsible for any injury, loss, or damage from any cause whatsoever that may be suffered by an exhibitor, his employees, or those in his party, or to his or their possession. The exhibitor expressly releases the show management, and his staff, agents, and or individuals and employees for such loss or damage. No responsibility is assumed by the show management, Classic Arms Productions Gun & Knife Shows, LLC, its agents, or employees for goods delivered to the show site, or for items left on the show premises before, during or after the show. In the event it shall become necessary for Classic Arms Productions Gun & Knife Shows, LLC, to employ an attorney or agency to collect any sums of money due it, the exhibitor agrees to pay all costs of collection, including reasonable attorney's fees. Furthermore, in the event it shall become necessary for Classic Arms Productions Gun & Knife Shows, LLC, to employ an attorney to defend against any lawsuit due to any action caused either directly or indirectly by the exhibitor and/or the exhibitor's staff, agents, and/or employees, the exhibitor agrees to pay for all costs incurred from lawsuits, including reasonable attorney's fees. Classic Arms Productions Gun & Knife Shows, LLC reserve the right to refuse the exhibitor rental of table space.

O.K. BY: MA    CLASSIC ARMS    SIGNED BY: ___    EXHIBITOR SIGNATURE

Cancellations two weeks before the show allows for one roll to the next show. Cancellations less than two weeks before the show by phone call only. If we can resell your tables, you can roll to the next show. If not, tables must be paid in full. No-shows owe the full price of tables reserved.

---

## CLASSIC ARMS PRODUCTIONS GUN & KNIFE SHOWS, LLC.
P.O. BOX 654, MANDEVILLE, LA 70470 - (985) 624-8577

Date Reserved: 9/6/19

NAME: Jeremiah Deare    DBA: Dawes Gun Shop

Address: ___    City: ___    State: ___    Zip: ___

Telephone: ___    MERCHANDISE: 9/21-22/19  10/1

Email: ___

Show Location: EF    Date: 9/21-22/19 10/1

Reserve: 3    8' spaces at: $ ___

| | AMOUNT OF ACCOUNT | 225 | CASH | ✓ | DEPOSIT | BALANCE |
|---|---|---|---|---|---|---|
| | DEPOSIT | 225 | CHECK | | | |
| | BALANCE DUE | 0 | MONEY ORDER | | | |

I understand that by signing this document, I have entered into a binding, written contract whereby I agree to abide by the show rules and comply with all federal, state and local laws. I understand that I am responsible for all tables in my name and I do not hold Classic Arms Productions Gun & Knife Shows, LLC responsible for my property. The show management, Classic Arms Productions Gun & Knife Shows, LLC, and its sponsors, agents, and employees are not responsible for any injury, loss, or damage from any cause whatsoever that may be suffered by an exhibitor, his employees, or those in his party, or to his or their possession. The exhibitor expressly releases the show management, and his staff, agents, and or individuals and employees for such loss or damage. No responsibility is assumed by the show management, Classic Arms Productions Gun & Knife Shows, LLC, its agents, or employees for goods delivered to the show site, or for items left on the show premises before, during or after the show. In the event it shall become necessary for Classic Arms Productions Gun & Knife Shows, LLC, to employ an attorney or agency to collect any sums of money due it, the exhibitor agrees to pay all costs of collection, including reasonable attorney's fees. Furthermore, in the event it shall become necessary for Classic Arms Productions Gun & Knife Shows, LLC, to employ an attorney to defend against any lawsuit due to any action caused either directly or indirectly by the exhibitor and/or the exhibitor's staff, agents, and/or employees, the exhibitor agrees to pay for all costs incurred from lawsuits, including reasonable attorney's fees. Classic Arms Productions Gun & Knife Shows, LLC reserve the right to refuse the exhibitor rental of table space.

O.K. BY: ___    CLASSIC ARMS    SIGNED BY: ___    EXHIBITOR SIGNATURE

Cancellations two weeks before the show allows for one roll to the next show. Cancellations less than two weeks before the show by phone call only. If we can resell your tables, you can roll to the next show. If not, tables must be paid in full. No-shows owe the full price of tables reserved.

---

## CLASSIC ARMS PRODUCTIONS GUN & KNIFE SHOWS, LLC.
P.O. BOX 654, MANDEVILLE, LA 70470 - (985) 624-8577

Date Reserved: 9/6/19

NAME: Jerimiah Deare    DBA: Third Coast Guns

Address: ___    City: ___    State: ___    Zip: ___

Telephone: ___    MERCHANDISE: ___

| | AMOUNT | | | | DEPOSIT | BALANCE |
|---|---|---|---|---|---|---|

ATF-00091

## CLASSIC ARMS PRODUCTIONS GUN & KNIFE SHOWS, LLC.
P.O. BOX 654, MANDEVILLE, LA 70470 - (985) 624-8577

Date Reserved: 8/4/19

NAME: Jeremiah Deare   DBA:

Address: _____ City: _____ State: _____ Zip: _____

Telephone: _____ MERCHANDISE _____

Email: _____

Show Location: BC   Date: 10/5-6/19

Reserve: 3   8' spaces at: $ $10 electric

| AMOUNT OF ACCOUNT | 210 | CASH | DEPOSIT ✓ | BALANCE |
| --- | --- | --- | --- | --- |
| DEPOSIT | 100 | CHECK | | 6/24 |
| BALANCE DUE | 110 | MONEY ORDER | | |

I understand that by signing this document, I have entered into a binding, written contract whereby I agree to abide by the show rules and comply with all federal, state and local laws. I understand that I am responsible for all tables in my name and I do not hold Classic Arms Productions Gun & Knife Shows, LLC responsible for my property. The show management, Classic Arms Productions Gun & Knife Shows, LLC, and its sponsors, agents, and employees are not responsible for any injury, loss, or damage from any cause whatsoever that may be suffered by an exhibitor, his employees, or those in his party, or to his or their possession. The exhibitor expressly releases the show management, and his staff, agents, and or individuals and employees for such loss or damage. No responsibility is assumed by the show management, Classic Arms Productions Gun & Knife Shows, LLC, its agents, or employees for goods delivered to the show site, or for items left on the show premises before, during or after the show. In the event it shall become necessary for Classic Arms Productions Gun & Knife Shows, LLC, to employ an attorney or agency to collect any sums of money due it, the exhibitor agrees to pay all costs of collection, including reasonable attorney's fees. Furthermore, in the event it shall become necessary for Classic Arms Productions Gun & Knife Shows, LLC, to employ an attorney to defend against any lawsuit due to any action caused either directly or indirectly by the exhibitor and/or the exhibitor's staff, agents, and/or employees, the exhibitor agrees to pay for all costs incurred from lawsuits, including reasonable attorney's fees. Classic Arms Productions Gun & Knife Shows, LLC reserve the right to refuse the exhibitor rental of table space.

O.K. BY _____ CLASSIC ARMS   SIGNED BY _____ EXHIBITOR SIGNATURE

Cancellations two weeks before the show allows for one roll to the next show. Cancellations less than two weeks before the show by phone call only. If we can resell your tables, you can roll to the next show. If not, tables must be paid in full. No-shows owe the full price of tables reserved.

---

## CLASSIC ARMS PRODUCTIONS GUN & KNIFE SHOWS, LLC.
P.O. BOX 654, MANDEVILLE, LA 70470 - (985) 624-8577

Date Reserved: 2/10/20

NAME: Jeremiah Deare   DBA:

Address: _____ City: _____ State: _____ Zip: _____

Telephone: _____ MERCHANDISE _____

Email: _____

Show Location: LP   Date: 2/15-16/20

Reserve: 3   8' spaces at: $

| AMOUNT OF ACCOUNT | 225 | CASH | DEPOSIT | BALANCE ✓ |
| --- | --- | --- | --- | --- |
| DEPOSIT | | CHECK | | |
| BALANCE DUE | 225 | MONEY ORDER | | |

I understand that by signing this document, I have entered into a binding, written contract whereby I agree to abide by the show rules and comply with all federal, state and local laws. I understand that I am responsible for all tables in my name and I do not hold Classic Arms Productions Gun & Knife Shows, LLC responsible for my property. The show management, Classic Arms Productions Gun & Knife Shows, LLC, and its sponsors, agents, and employees are not responsible for any injury, loss, or damage from any cause whatsoever that may be suffered by an exhibitor, his employees, or those in his party, or to his or their possession. The exhibitor expressly releases the show management, and his staff, agents, and or individuals and employees for such loss or damage. No responsibility is assumed by the show management, Classic Arms Productions Gun & Knife Shows, LLC, its agents, or employees for goods delivered to the show site, or for items left on the show premises before, during or after the show. In the event it shall become necessary for Classic Arms Productions Gun & Knife Shows, LLC, to employ an attorney or agency to collect any sums of money due it, the exhibitor agrees to pay all costs of collection, including reasonable attorney's fees. Furthermore, in the event it shall become necessary for Classic Arms Productions Gun & Knife Shows, LLC, to employ an attorney to defend against any lawsuit due to any action caused either directly or indirectly by the exhibitor and/or the exhibitor's staff, agents, and/or employees, the exhibitor agrees to pay for all costs incurred from lawsuits, including reasonable attorney's fees. Classic Arms Productions Gun & Knife Shows, LLC reserve the right to refuse the exhibitor rental of table space.

O.K. BY _____ CLASSIC ARMS   SIGNED BY _____ EXHIBITOR SIGNATURE

Cancellations two weeks before the show allows for one roll to the next show. Cancellations less than two weeks before the show by phone call only. If we can resell your tables, you can roll to the next show. If not, tables must be paid in full. No-shows owe the full price of tables reserved.

---

## CLASSIC ARMS PRODUCTIONS GUN & KNIFE SHOWS, LLC.
P.O. BOX 654, MANDEVILLE, LA 70470 - (985) 624-8577

Date Reserved: 2/14/20

NAME: Jeremiah Deare   DBA:

Address: _____ City: _____ State: _____ Zip: _____

ATF-00092

## CLASSIC ARMS PRODUCTIONS GUN & KNIFE SHOWS, LLC.
427 N. Theard St., Suite 357, Covinton, LA 70433 - (985) 624-8577

Date Reserved: 3/6/20

| NAME | Jeremiah Deare | DBA | |
|---|---|---|---|

Address: _____ City: _____ State: _____ Zip: _____

Telephone: _____ MERCHANDISE _____
Email: _____

Show Location: G2  Date: 3/7-8/20
Reserve: 3  8' spaces at: $ _____

| | AMOUNT OF ACCOUNT | 285 | CASH | DEPOSIT | BALANCE ✓ |
|---|---|---|---|---|---|
| | DEPOSIT | | CHECK | | |
| | BALANCE DUE | 285 | MONEY ORDER | | |

O.K. BY _____ (CLASSIC ARMS)   SIGNED BY _____ (EXHIBITOR SIGNATURE)

Cancellations two weeks before the show allows for one roll to the next show. Cancellations less than two weeks before the show by phone call only. If we can resell your tables, you can roll to the next show. If not, tables must be paid in full. No-shows owe the full price of tables reserved.

---

## CLASSIC ARMS PRODUCTIONS GUN & KNIFE SHOWS, LLC.
427 N. Theard St., Suite 357, Covinton, LA 70433 - (985) 624-8577

Date Reserved: 6/26/20

| NAME | Jeremiah Deare | DBA | |
|---|---|---|---|

Address: _____ City: _____ State: _____ Zip: _____

Telephone: _____ MERCHANDISE _____
Email: _____

Show Location: LF  Date: 6/27-28/20
Reserve: 3  8' spaces at: $ _____

| | AMOUNT OF ACCOUNT | 225 | CASH | DEPOSIT | BALANCE ✓ |
|---|---|---|---|---|---|
| | DEPOSIT | | CHECK | | |
| | BALANCE DUE | 225 | MONEY ORDER | | |

O.K. BY _____ (CLASSIC ARMS)   SIGNED BY X _____ (EXHIBITOR SIGNATURE)

Cancellations two weeks before the show allows for one roll to the next show. Cancellations less than two weeks before the show by phone call only. If we can resell your tables, you can roll to the next show. If not, tables must be paid in full. No-shows owe the full price of tables reserved.

---

## CLASSIC ARMS PRODUCTIONS GUN & KNIFE SHOWS, LLC.
427 N. Theard St., Suite 357, Covinton, LA 70433 - (985) 624-8577

Date Reserved: 7/19/20

| NAME | Jerimiah Deare | DBA | |
|---|---|---|---|

Address: _____ City: _____ State: _____ Zip: _____

Telephone: _____ MERCHANDISE _____

| AMOUNT | | DEPOSIT | BALANCE |
|---|---|---|---|

ATF-00093

104-006

A5   9

# CLASSIC ARMS PRODUCTIONS GUN & KNIFE SHOWS, LLC.
427 N. Theard St., Suite 357, Covinton, LA 70433 - (985) 624-8577

Date Reserved: 7/26/20

NAME: Jeremiah Deare   DBA:

Address: _____ City: _____ State: _____ Zip: _____

Telephone: _____ MERCHANDISE _____

Show Location: BC   Date: 8/8-9/20

Reserve: 2   8' spaces at: $ _____

AMOUNT OF ACCOUNT: 150   CASH   DEPOSIT: ✓   BALANCE: ✓

DEPOSIT: _____ CHECK: _____

BALANCE DUE: 150   MONEY ORDER: _____

I understand that by signing this document, I have entered into a binding, written contract whereby I agree to abide by the show rules and comply with all federal, state and local laws. [standard terms continue...]

O.K. BY: [signature] CLASSIC ARMS   SIGNED BY: [signature] EXHIBITOR SIGNATURE

Cancellations two weeks before the show allows for one roll to the next show. Cancellations less than two weeks before the show by phone call only. If we can resell your tables, you can roll to the next show. If not, tables must be paid in full. No-shows owe the full price of tables reserved.

---

b9   10

# CLASSIC ARMS PRODUCTIONS GUN & KNIFE SHOWS, LLC.
427 N. Theard St., Suite 357, Covinton, LA 70433 - (985) 624-8577

Date Reserved: 9/8/20

NAME: Jeremiah Deare   DBA:

Address: _____ City: _____ State: _____ Zip: _____

Telephone: _____ MERCHANDISE _____

Show Location: Bossier   Date: 10/3-4/20

Reserve: 2   8' spaces at: $ _____

AMOUNT OF ACCOUNT: 150   CASH   DEPOSIT: ✓   BALANCE: ✓

DEPOSIT: _____ CHECK: _____

BALANCE DUE: 150   MONEY ORDER: _____

I understand that by signing this document... [standard terms continue]

O.K. BY: [signature] CLASSIC ARMS   SIGNED BY: [signature] EXHIBITOR SIGNATURE

Cancellations two weeks before the show allows for one roll to the next show. Cancellations less than two weeks before the show by phone call only. If we can resell your tables, you can roll to the next show. If not, tables must be paid in full. No-shows owe the full price of tables reserved.

---

1w

# CLASSIC ARMS PRODUCTIONS GUN & KNIFE SHOWS, LLC.
427 N. Theard St., Suite 357, Covinton, LA 70433 - (985) 624-8577

Date Reserved: 7/7/20

NAME: Jeremiah Deare   DBA:

Address: _____ City: _____ State: _____ Zip: _____

ATF-00094

## CLASSIC ARMS PRODUCTIONS GUN & KNIFE SHOWS, LLC.
427 N. Theard St., Suite 357, Covinton, LA 70433 - (985) 624-8577

Date Reserved: 7/16/20

**NAME:** Jeremiah Deale
**DBA:**
**Address:** ___  **City:** ___  **State:** ___  **Zip:** ___
**Telephone:** ___
**Email:** BC
**MERCHANDISE:** Nov 7-8/20
**Show Location:** Biloxi   **Date:** 8/22-23
**Reserve:** 2   8' spaces at: $ ___

| | AMOUNT OF ACCOUNT | | | DEPOSIT | BALANCE |
|---|---|---|---|---|---|
| | 705 | CASH | | | ✓ |
| | | CHECK | | | |
| BALANCE DUE | 805 | MONEY ORDER | | | |

I understand that by signing this document, I have entered into a binding, written contract whereby I agree to abide by the show rules and comply with all federal, state and local laws. I understand that I am responsible for all tables in my name and I do not hold Classic Arms Productions Gun & Knive Shows, LLC responsible for my property. The show management, Classic Arms Productions Gun & Knive Shows, LLC, and its sponsors, agents, and employees are not responsible for any injury, loss, or damage from any cause whatsoever that may be suffered by an exhibitor, his employees, or those in his party, or to his or their possession. The exhibitor expressly releases the show management, and his staff, agents, and or individuals and employees for such loss or damage. No responsibility is assumed by the show management, Classic Arms Productions Gun & Knive Shows, LLC, its agents, or employees for goods delivered to the show site, or for items left on the show premises before, during or after the show. In the event it shall become necessary for Classic Arms Productions Gun & Knive Shows, LLC, to employ an attorney or agency to collect any sums of money due it, the exhibitor agrees to pay all costs of collection, including reasonable attorney's fees. Furthermore, in the event it shall become necessary for Classic Arms Productions Gun & Knife Shows, LLC, to employ an attorney to defend against any lawsuit due to any action caused either directly or indirectly by the exhibitor and/or the exhibitor's staff, agents, and/or employees, the exhibitor agrees to pay for all costs incurred from lawsuits, inlcucing reasonable attorney's fees. Classic Arms Productions Gun & Knive Shows, LLC reserve the right to refuse the exhibitor rental of table space.

**O.K. BY** ___ CLASSIC ARMS   **SIGNED BY** ___ EXHIBITOR SIGNATURE

Cancellations two weeks before the show allows for one roll to the next show. Cancellations less than two weeks before the show by phone call only. If we can resell your tables, you can roll to the next show. If not, tables must be paid in full. No-shows owe the full price of tables reserved.

---

## CLASSIC ARMS PRODUCTIONS GUN & KNIFE SHOWS, LLC.
427 N. Theard St., Suite 357, Covinton, LA 70433 - (985) 624-8577

Date Reserved: 1/21/21

**NAME:** Jeremiah Deare
**DBA:**
**Address:** ___  **City:** ___  **State:** ___  **Zip:** ___
**Telephone:** ___
**Email:** ___
**MERCHANDISE:** ___
**Show Location:** BC   **Date:** 1/16-17/21
**Reserve:** 3   8' spaces at: $ ___

| | AMOUNT OF ACCOUNT | | | DEPOSIT | BALANCE |
|---|---|---|---|---|---|
| | 240 | CASH | | | ✓ |
| | | CHECK | | | |
| BALANCE DUE | 240 | MONEY ORDER | | | |

I understand that by signing this document, I have entered into a binding, written contract whereby I agree to abide by the show rules and comply with all federal, state and local laws. I understand that I am responsible for all tables in my name and I do not hold Classic Arms Productions Gun & Knive Shows, LLC responsible for my property. The show management, Classic Arms Productions Gun & Knive Shows, LLC, and its sponsors, agents, and employees are not responsible for any injury, loss, or damage from any cause whatsoever that may be suffered by an exhibitor, his employees, or those in his party, or to his or their possession. The exhibitor expressly releases the show management, and his staff, agents, and or individuals and employees for such loss or damage. No responsibility is assumed by the show management, Classic Arms Productions Gun & Knive Shows, LLC, its agents, or employees for goods delivered to the show site, or for items left on the show premises before, during or after the show. In the event it shall become necessary for Classic Arms Productions Gun & Knive Shows, LLC, to employ an attorney or agency to collect any sums of money due it, the exhibitor agrees to pay all costs of collection, including reasonable attorney's fees. Furthermore, in the event it shall become necessary for Classic Arms Productions Gun & Knife Shows, LLC, to employ an attorney to defend against any lawsuit due to any action caused either directly or indirectly by the exhibitor and/or the exhibitor's staff, agents, and/or employees, the exhibitor agrees to pay for all costs incurred from lawsuits, inlcucing reasonable attorney's fees. Classic Arms Productions Gun & Knive Shows, LLC reserve the right to refuse the exhibitor rental of table space.

**O.K. BY** ___ CLASSIC ARMS   **SIGNED BY** ___ EXHIBITOR SIGNATURE

Cancellations two weeks before the show allows for one roll to the next show. Cancellations less than two weeks before the show by phone call only. If we can resell your tables, you can roll to the next show. If not, tables must be paid in full. No-shows owe the full price of tables reserved.